**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MY JOB MATCHER, INC., | Case No. 25-11280 (____) |
| Debtor. | |
| Employer Tax I.D. No. 81-5209880 | |
| In re: | Chapter 11 |
| JOB.COM-HV, INC. (DE), | Case No. 25-11281 (____) |
| Debtor. | |
| Employer Tax I.D. No. 85-2355873 | |
| In re: | Chapter 11 |
| JOB.COM-HV, INC. (FL), | Case No. 25-11282 (____) |
| Debtor. | |
| Employer Tax I.D. No. 85-2355873 | |
| In re: | Chapter 11 |
| JOB.COM-FORTUS, INC., | Case No. 25-11283 (____) |
| Debtor. | |
| Employer Tax I.D. No.  86-3816145 | |
| In re: | Chapter 11 |
| JOB.COM-ENDEVIS, INC., | Case No. 25-11284 (____) |
| Debtor. | |
| Employer Tax I.D. No. 86-3781956 | |
| In re: | Chapter 11 |
| JOB.COM-QCI, INC., | Case No. 25-11285 (____) |
| Debtor. | |
| Employer Tax I.D. No. 87-3854364 | |

| | |
|---|---|
| In re: | Chapter 11 |
| PRINCETON ONE-JOB.COM, INC., | Case No. 25-11286 (____) |
| Debtor.<br>Employer Tax I.D. No. 88-2674752 | |
| In re: | Chapter 11 |
| PRINCETON SEARCH L.L.C. | Case No. 25-11287 (____) |
| Debtor.<br>Employer Tax I.D. No. 45-0486163 | |

## DEBTORS' MOTION FOR AN ORDER, PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015-1, AUTHORIZING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

The above-captioned debtors and debtors in possession (collectively, the "**Debtors**") hereby submit this motion (this "**Motion**") for the entry of an order, substantially in the form attached hereto as Exhibit A (the "**Proposed Order**"), pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1015-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), authorizing the joint administration of the Debtors' chapter 11 cases and the consolidation thereof for procedural purposes only.  In support of this Motion, the Debtors rely upon and incorporate by reference the *Declaration of Robert J. Corliss in Support of Chapter 11 Petitions and First Day Pleadings* (the "**First Day Declaration**").[1]  In further support of this Motion, the Debtors respectfully state as follows:

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the First Day Declaration.

17411026

## JURISDICTION AND VENUE

1.      The United States Bankruptcy Court for the District of Delaware (the "**Court**") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012 (the "**Amended Standing Order**").  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution.  Venue is proper in the Court pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory predicates for the relief sought herein are Bankruptcy Rule 1015 and Local Rule 1015-1.

## BACKGROUND

2.      On the date hereof (the "**Petition Date**"), each of the Debtors commenced a voluntary case under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**").  The Debtors are authorized to operate their business and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. No official committees have been appointed in these chapter 11 cases and no request has been made for the appointment of a trustee or an examiner.

3.      Additional information regarding the Debtors' business, their capital structure, and the circumstances leading to the filing of these chapter 11 cases is set forth in the First Day Declaration.

## RELIEF REQUESTED

4.      By this Motion, the Debtors request that the Court enter the Proposed Order, authorizing the joint administration of these chapter 11 cases and the consolidation thereof for procedural purposes only.

5.      Many, if not virtually all, of the motions, applications, hearings, and orders that will arise in these chapter 11 cases will jointly affect all of the Debtors.  For this reason, the Debtors

3

respectfully submit that the interests of the Debtors, their creditors, and other parties in interest

would be best served by the joint administration of these chapter 11 cases.  To optimally and

economically administer the Debtors' chapter 11 cases, such cases should be jointly administered,

for procedural purposes only, under the case number assigned to My Job Matcher, Inc.

      6.     The Debtors also request that the Clerk of the Court maintain one (1) file and one

(1) docket for all of the Debtors' chapter 11 cases, which file and docket shall be the file and docket

for My Job Matcher, Inc.  In addition, the Debtors propose that the caption of these chapter 11

cases be modified as follows:

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MY JOB MATCHER, INC., *et al.*,[1] | Case No. 25-11280 (__) |
| Debtors. | (Jointly Administered) |

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  My Job Matcher, Inc. (9880); Job.com-HV, Inc. (DE) (5873); Job.com-HV, Inc. (FL) (5873); Job.com-Fortus, Inc. (6145); Job.com-Endevis, Inc. (1956); Job.com-QCI, Inc. (4364); Princeton One-Job.com, Inc. (4752); and Princeton Search L.L.C. (6163).  For purposes of these chapter 11 cases, the Debtors' service address is 1743 Sidewinder Drive, 1st Floor, Park City, Utah 84060.

      7.     The Debtors also seek the Court's direction that a notation, substantially similar to

the following proposed docket entry, be entered on the docket of each of these chapter 11 cases

(except for My Job Matcher, Inc.) to reflect the joint administration of these chapter 11 cases:

> An Order has been entered in this case directing the consolidation and joint administration for procedural purposes only of the chapter 11 cases of My Job Matcher, Inc., Job.com-HV, Inc. (DE), Job.com-HV, Inc. (FL), Job.com-Fortus, Inc., Job.com-Endevis, Inc, Job.com-QCI, Inc., Princeton One-Job.com, Inc., and Princeton Search L.L.C. The docket in the chapter 11 case of My Job Matcher, Inc., Case No. 25-11280 (___), should be consulted for all matters affecting this case.

17411026

**BASIS FOR RELIEF**

8.      Pursuant to Bankruptcy Rule 1015(b), if two or more petitions are pending in the same court by or against a debtor and an affiliate, "the [C]ourt may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b).  Local Rule 1015-1 similarly provides for joint administration of chapter 11 cases when the facts demonstrate that joint administration "is warranted and will ease the administrative burden for the Court and the parties." Del. Bankr. L.R. 1015-1.  In these chapter 11 cases, the Debtors are "affiliates," as that term is defined in section 101(2) of the Bankruptcy Code.

9.      Additionally, the First Day Declaration establishes that the joint administration of the Debtors' respective estates is warranted and will ease the administrative burden on the Court and all parties in interest in these chapter 11 cases.  Joint administration will also permit the Clerk of the Court to utilize a single docket for these chapter 11 cases, and to combine notices to creditors and other parties in interest in the Debtors' respective cases.  Because there will likely be numerous motions, applications, and other pleadings filed in these chapter 11 cases that will affect all of the Debtors, joint administration will permit counsel for all parties in interest to include all of the Debtors' cases in a single caption for the numerous documents that are likely to be filed and served in these cases.  Joint administration will also enable parties in interest in each of the Debtors' cases to stay apprised of all the various matters before the Court.

10.      Joint administration will not prejudice or adversely affect the rights of the Debtors' creditors because the relief sought herein is purely procedural and is not intended to affect substantive rights.  Joint administration will also significantly reduce the volume of paper that otherwise would be filed with the Clerk of the Court, render the completion of various administrative tasks less costly, and provide for greater efficiencies.  Moreover, the relief requested

5

by this Motion will also simplify supervision of the administrative aspects of these cases by the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**").

11.     For these reasons, the Debtors submit that the relief requested herein is in the best interests of the Debtors, their estates, and their creditors, and therefore should be granted.

## NOTICE

12.     Notice of this Motion has been provided to: (i) the U.S. Trustee; (ii) the Debtors' twenty (20) largest unsecured creditors; (iii) counsel to the Debtors' Secured Lenders; (iv) the office of the attorney general for each of the states in which the Debtors operate; (v) the Office of the United States Attorney for the District of Delaware; (vi) the Internal Revenue Service; (vii) the United States Department of Justice; and (viii) all parties that have filed a notice of appearance and request for service of papers pursuant to Bankruptcy Rule 2002.  Notice of this Motion and any order entered hereon will be served in accordance with Local Rule 9013-1(m).  In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

*[Remainder of Page Intentionally Left Blank]*

17411026

## CONCLUSION

WHEREFORE, the Debtors request entry of the Proposed Order, granting the relief requested herein and such other and further relief as is just and proper.

Dated: July 6, 2025
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Carl N. Kunz, III*
Carl N. Kunz, III (DE Bar No. 3201)
Jeffrey R. Waxman (DE Bar No. 4159)
Christopher M. Donnelly (DE Bar No. 7149)
Samantha L. Rodriguez (DE Bar No. 7524)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail:  ckunz@morrisjames.com
         jwaxman@morrisjames.com
         cdonnelly@morrisjames.com
         srodriguez@morrisjames.com

*Proposed Counsel for Debtors and Debtors-in-Possession*

17411026