## EXHIBIT A

**Proposed Order**

17411026

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MY JOB MATCHER, INC., | Case No. 25-11280 (____) |
| Debtor. Employer Tax I.D. No. 81-5209880 | |
| In re: | Chapter 11 |
| JOB.COM-HV, INC. (DE), | Case No. 25-11281 (____) |
| Debtor. Employer Tax I.D. No. 85-2355873 | |
| In re: | Chapter 11 |
| JOB.COM-HV, INC. (FL), | Case No. 25-11282 (____) |
| Debtor. Employer Tax I.D. No. 85-2355873 | |
| In re: | Chapter 11 |
| JOB.COM-FORTUS, INC., | Case No. 25-11283 (____) |
| Debtor. Employer Tax I.D. No. 86-3816145 | |
| In re: | Chapter 11 |
| JOB.COM-ENDEVIS, INC., | Case No. 25-11284 (____) |
| Debtor. Employer Tax I.D. No. 86-3781956 | |
| In re: | Chapter 11 |
| JOB.COM-QCI, INC., | Case No. 25-11285 (____) |
| Debtor. Employer Tax I.D. No. 87-3854364 | |

17411026

| | |
|---|---|
| In re: | Chapter 11 |
| PRINCETON ONE-JOB.COM, INC., | Case No. 25-11286 (____) |
| Debtor. | |
| Employer Tax I.D. No. 88-2674752 | |
| In re: | Chapter 11 |
| PRINCETON SEARCH L.L.C. | Case No. 25-11287 (____) |
| Debtor. | |
| Employer Tax I.D. No. 45-0486163 | |

**ORDER, PURSUANT TO BANKRUPTCY RULE 1015
AND LOCAL RULE 1015-1, AUTHORIZING THE JOINT
ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES**

Upon consideration of the motion (the "**Motion**")[1] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") for the entry of an order, pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1, authorizing the joint administration of the Debtors' chapter 11 cases for procedural purposes only; and upon consideration of the First Day Declaration; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required except as otherwise provided herein; and it appearing that this Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion and provided for herein is in the best interest of the Debtors, their estates, and their

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

2

creditors; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.

2. The Debtors' chapter 11 cases shall be consolidated for procedural purposes only and shall be jointly administered in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

3. The Clerk of the Court shall maintain one file and one docket for the Debtors' chapter 11 cases, which file and docket shall be the file and docket for the chapter 11 case of Debtor My Job Matcher Inc., Case No. 25-11280 (\_\_\_).

4. All pleadings filed in the Debtors' chapter 11 cases shall bear a consolidated caption in the following form:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MY JOB MATCHER, INC., *et al.*,[1] | Case No. 25-11280 (\_\_\_) |
| Debtors. | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: My Job Matcher, Inc. (9880); Job.com-HV, Inc. (DE) (5873); Job.com-HV, Inc. (FL) (5873); Job.com-Fortus, Inc. (6145); Job.com-Endevis, Inc. (1956); Job.com-QCI, Inc. (4364); Princeton One-Job.com, Inc. (4752); and Princeton Search L.L.C. (6163). For purposes of these chapter 11 cases, the Debtors' service address is 1743 Sidewinder Drive, 1st Floor, Park City, Utah 84060.

5. The foregoing caption shall satisfy the requirements of section 342(c)(1) of the Bankruptcy Code.

17411026

6. All original pleadings shall be captioned as indicated in the preceding decretal paragraph, and the Clerk of the Court shall make a docket entry in the docket of each of these chapter 11 cases (except for My Job Matcher, Inc.), substantially as follows:

> An Order has been entered in this case directing the consolidation and joint administration for procedural purposes only of the chapter 11 cases of My Job Matcher, Inc., Job.com-HV, Inc. (DE), Job.com-HV, Inc. (FL), Job.com-Fortus, Inc., Job.com-Endevis, Inc, Job.com-QCI, Inc., Princeton One-Job.com, Inc., and Princeton Search L.L.C. The docket in the chapter 11 case of My Job Matcher, Inc., Case No. 25-11280 (___), should be consulted for all matters affecting this case.

7. Nothing in the Motion or this Order is intended or shall be deemed or otherwise construed as directing or otherwise effecting a substantive consolidation of the Debtors' estates.

8. The Debtors are authorized to take any and all actions necessary to effectuate the relief granted herein.

9. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.