## Exhibit B

**Betance Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MY JOB MATCHER, INC., *et al.*,[1] | Case No. 25-11280 (___) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF SHERYL BETANCE
IN SUPPORT OF DEBTORS' APPLICATION
FOR APPOINTMENT OF STRETTO, INC. AS CLAIMS
AND NOTICING AGENT, EFFECTIVE AS OF THE PETITION DATE**

Pursuant to 28 U.S.C. § 1746, I, Sheryl Betance, declare under penalty of perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.    I am a Senior Managing Director of Corporate Restructuring at Stretto, Inc. ("**Stretto**"), a chapter 11 administrative services firm with offices at 410 Exchange, Ste. 100, Irvine, CA 92602.  Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2.    This declaration (this "**Declaration**") is made in support of the *Debtors' Application for Appointment of Stretto, Inc. as Claims and Noticing Agent Effective as of the Petition Date* (the "**Application**") filed contemporaneously herewith in the chapter 11 cases (the "**Chapter 11 Cases**") of the above-captioned debtors and debtors in possession (the "**Debtors**").[2]

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  My Job Matcher, Inc. (9880); Job.com-HV, Inc. (DE) (5873); Job.com-HV, Inc. (FL) (5873); Job.com-Fortus, Inc. (6145); Job.com-Endevis, Inc. (1956); Job.com-QCI, Inc. (4364); Princeton One-Job.com, Inc. (4752); and Princeton Search L.L.C. (6163).  For purposes of these chapter 11 cases, the Debtors' service address is 1743 Sidewinder Drive, 1st Floor, Park City, Utah 84060.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

**Qualifications**

3.      Stretto is a chapter 11 administrator comprised of leading industry professionals with significant experience in both the legal and administrative aspects of large, complex chapter 11 cases.  Stretto's professionals have experience in noticing, claims administration, solicitation, balloting, and facilitating other administrative aspects of chapter 11 cases and experience in matters of this size and complexity.  Stretto has developed efficient and cost-effective methods to handle the voluminous mailings associated with the noticing and claims processing portions of chapter 11 cases to ensure the efficient, orderly and fair treatment of creditors, equity security holders, and all parties in interest.  Stretto's active and former cases include: *In re Millennial Benefit Mgmt. Corp.*, Case No. 23-12083 (TMH) (Bankr. D. Del. Jan. 4, 2024); *In re Potrero Med., Inc.*, Case No. 23-11900 (LSS) (Bankr. D. Del. Nov. 28, 2023); *In re Smart Earth Techs. LLC*, Case No. 23-11866 (KBO) (Bankr. D. Del. Nov. 16, 2023); *In re Water Gremlin Co.*, Case No. 23-11775 (LSS) (Bankr. D. Del. Nov. 1, 2023); *In re Unconditional Love Inc.*, Case No. 23-11759 (MFW) (Bankr. D. Del. Oct. 24, 2023); *In re MVK FarmCo LLC*, Case No. 23-11721 (LSS) (Bankr. D. Del. Oct 17, 2023); *In re IronNet, Inc.*, Case No. 23-11710 (BLS) (Bankr. D. Del. Oct. 13, 2023); *In re High Valley Invs., LLC*, Case No. 23-11616 (TMH) (Bankr. D. Del. Oct. 4, 2023); *In re Infinity Pharms., Inc.*, Case No. 23-11640 (BLS) (Bankr. D. Del. Oct. 2, 2023); *In re Off Lease Only LLC*, Case No. 23-11388 (CTG) (Bankr. D. Del. Sept. 15, 2023); and *In re Prime Core Techs. Inc.*, Case No. 23-11161 (JKS) (Bankr. D. Del. Aug. 29, 2023).

**Services to be Rendered**

4.      As agent and custodian of Court records pursuant to 28 U.S.C. § 156(c), Stretto will perform, at the request of the Office of the Clerk of the Bankruptcy Court (the "**Clerk**"), the noticing and claims-related services specified in the Application and the Engagement Agreement,

2

and, at the Debtors' request, any related administrative, technical, and support services as specified in the Application and the Engagement Agreement.  In performing such services, Stretto will charge the Debtors the rates set forth in the Engagement Agreement, which rate structure is attached as an exhibit to <u>Exhibit 1</u> to the Proposed Order.

     5.     Stretto represents, among other things, the following:

     (a)     Stretto is not a creditor of the Debtors;

     (b)     Stretto will not consider itself employed by the United States government and shall not seek any compensation from the United States government in its capacity as the Claims and Noticing Agent in these Chapter 11 Cases;

     (c)     by accepting employment in these Chapter 11 Cases, Stretto waives any rights to receive compensation from the United States government in connection with these Chapter 11 Cases;

     (d)     in its capacity as the Claims and Noticing Agent in these Chapter 11 Cases, Stretto will not be an agent of the United States and will not act on behalf of the United States;

     (e)     Stretto will not employ any past or present employees of the Debtors in connection with its work as the Claims and Noticing Agent in these Chapter 11 Cases;

     (f)     Stretto is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code with respect to the matters upon which it is engaged;

     (g)     in its capacity as Claims and Noticing Agent in these Chapter 11 Cases, Stretto will not intentionally misrepresent any fact to any person;

     (h)     Stretto shall be under the supervision and control of the Clerk with respect to the receipt and recordation of claims and claim transfers;

     (i)     Stretto will comply with all requests of the Clerk and the guidelines promulgated by the Judicial Conference of the United States for the implementation of 28 U.S.C. § 156(c); and

     (j)     none of the services provided by Stretto as Claims and Noticing Agent in these Chapter 11 Cases shall be at the expense of the Clerk.

     6.     Although the Debtors do not propose to retain Stretto under section 327 of the Bankruptcy Code pursuant to the Application (such retention will be sought by separate

17406112

application), I caused to be submitted for review by our conflicts system the names of potential parties-in-interest (the "**Potential Parties in Interest**") in these Chapter 11 Cases. A list of Potential Parties in Interest, attached hereto as **<u>Annex 1</u>**, was provided by the Debtors and included, among other parties, the Debtors, current and former directors and officers of the Debtors, lenders, the Debtors' largest unsecured creditors on a consolidated basis, the United States Trustee and persons employed in the Office of the United States Trustee, and other parties. The Potential Parties in Interest list was compared to an internal database that includes, among others, Stretto's parent entities, affiliates, and subsidiaries. Stretto's internal database also includes Stone Point Capital LLC ("**Stone Point**"), its funds, and each such fund's respective portfolio companies as set forth in the list most recently provided to Stretto by Stone Point's internal compliance department (the "**Stone Point Searched Parties**"). The results of the conflict check were compiled and reviewed by Stretto professionals under my supervision. At this time, and as set forth in further detail herein, Stretto is not aware of any connection that would present a disqualifying conflict of interest. Should Stretto discover any new relevant facts or connections bearing on the matters described herein during the period of its retention, Stretto will use reasonable efforts to promptly file a supplemental declaration.

7.      To the best of my knowledge, and based solely upon information provided to me by the Debtors, and except as provided herein, neither Stretto, nor any of its professionals, has any materially adverse connection to the Debtors, their creditors or other relevant parties. Stretto has and will continue to represent clients in matters unrelated to these Chapter 11 Cases. In addition, in matters unrelated to these Chapter 11 Cases, Stretto and its personnel have and will continue to have relationships personally or in the ordinary course of business with certain vendors, professionals, financial institutions, and other parties in interest that may be involved in the

17406112

Debtors' Chapter 11 Cases.  Stretto may also provide professional services to entities or persons that may be creditors or parties in interest in these Chapter 11 Cases, which services do not directly relate to, or have any direct connection with, these Chapter 11 Cases or the Debtors.  Based upon a review of the Potential Parties in Interest and the Debtors' creditor matrix:

- The Debtors' creditor matrix identifies Chipman Brown Cicero & Cole, LLP.  David Carickhoff, a Partner with Chipman Brown Cicero & Cole, LLP, is a current client of Stretto's depository services business in his individual capacity, but such relationship is unrelated to the Debtors and their estates, assets, or businesses.

- The Debtors' creditor matrix identifies Cozen O'Connor.  John Carroll III, a Partner with Cozen O'Connor, is a current client of Stretto's chapter 7 software business in his individual capacity, but such relationship is unrelated to the Debtors and their estates, assets, or businesses.

- The list of Potential Parties in Interest identifies Customers Bank, which is one of Stretto's bank vendors.  However, to the best of my knowledge, such relationship is materially unrelated to these chapter 11 cases.

- The Debtors' creditor matrix identifies DLA Piper LLP (US) which is a client of Stretto's Chapter 11 Dockets business – a subscription service that provides clients with access to databases of public bankruptcy case docket information acquired through PACER.  To the best of my knowledge, such relationship is materially unrelated to these chapter 11 cases.

- The list of Potential Parties in Interest identifies U.S. Bank National Association, which is one of Stretto's lenders.  However, to the best of my knowledge, such relationship is materially unrelated to these chapter 11 cases.

- The list of Potential Parties in Interest and the Debtors' creditor matrix includes entities, as set forth on **Annex 2** attached hereto, which are current, former or potential defendants to avoidance actions brought under the Bankruptcy Code by clients of Stretto Recovery Services.  However, to the best of my knowledge, such relationships are materially unrelated to these chapter 11 cases.

8.      To the best of my knowledge, none of Stretto's employees are related to bankruptcy judges in the District of Delaware, the United States Trustee for Region 3, or any attorney known by Stretto to be employed in the Office of the United States Trustee serving the District of Delaware.  The list of Potential Parties in Interest identifies the Honorable Mary F. Walrath, United States Bankruptcy Judge for the District of Delaware.  Denise Kaloudis, a Managing Director at

17406112

Stretto, formerly worked as a law clerk to the Honorable Mary F. Walrath. I have been advised that Denise Kaloudis did not work on matters involving the Debtors while employed as a law clerk to the Honorable Mary F. Walrath.

9.      Certain of Stretto's professionals were partners of or formerly employed by firms that are providing or may provide professional services to parties in interest in these cases. Except as may be disclosed herein, these professionals did not work on any matters involving the Debtors while employed by their previous firms. Moreover, these professionals were not employed by their previous firms when these Chapter 11 Cases were filed. To the best of my knowledge, none of Stretto's professionals were partners of, or formerly employed within the last three years by firms that are Potential Parties in Interest or that have filed a notice of appearance in these Chapter 11 Cases.

10.     Stretto and its personnel in their individual capacities regularly utilize the services of law firms, investment banking and advisory firms, accounting firms, and financial advisors. Such firms engaged by Stretto or its personnel may appear in the Chapter 11 Cases representing the Debtors or parties in interest. To the best of my knowledge, Stretto does not currently utilize the services of any law firms, investment banking and advisory firms, accounting firms, or financial advisors who have been identified as Potential Parties in Interest or who have filed a notice of appearance in these Chapter 11 Cases.

11.     In April 2017, Stretto was acquired by the Trident VI Funds managed by private equity firm Stone Point. Stone Point is a financial services-focused private equity firm based in Greenwich, Connecticut. The firm has raised and managed nine private equity funds—the Trident Funds—with aggregate committed capital of approximately $40 billion. Stone Point targets investments in the global financial services industry and related sectors.

17406112

12.     The following disclosure is made out of an abundance of caution in an effort to comply with the Bankruptcy Code and Bankruptcy Rules.  Stretto has searched the names of the Debtors and the names of the Potential Parties in Interest against the Stone Point Searched Parties. Based solely on the foregoing search, Stretto has determined that Bullhorn, owned by Trident Fund VIII, has been identified as an unsecured creditor of the Debtors.  However, to the best of Stretto's knowledge, Stretto's relationship to this entity does not create any adverse interest against the Debtors' estates that would present a disqualifying conflict of interest, and there are no other connections that require disclosure.  To the extent Stretto learns of any material connections between Stone Point's funds or investments included in the above-described conflicts search and the Debtors, Stretto will promptly file a supplemental disclosure.  Stretto may have had, may currently have, or may in the future have business relationships unrelated to the Debtors with one or more Stone Point entities including, among others, portfolio companies of Stone Point.

13.     From time to time, Stretto partners or employees personally invest in mutual funds, retirement funds, private equity funds, venture capital funds, hedge funds and other types of investment funds (the "**Investment Funds**"), through which such individuals indirectly acquire a debt or equity security of many companies, one of which may be one of the Debtors or their affiliates, often without Stretto's or its personnel's knowledge.  Each Stretto partner or employee generally owns substantially less than one percent of such Investment Fund, does not manage or otherwise control such Investment Fund and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security.  Each Investment Fund is generally operated as a blind pool, meaning that when the Stretto partners or employees make an investment in the particular Investment Fund, he, she or they do not know what securities the blind pool Investment Fund will purchase or sell, and have no control over such purchases or sales.

14.     From time to time, Stretto partners or employees may personally directly acquire a debt or equity security of a company that may be one of the Debtors or their affiliates.  Stretto has a policy prohibiting its partners and employees from using confidential information that may come to their attention in the course of their work.  In this regard, subject to the foregoing, all Stretto partners and employees are barred from trading in securities with respect to matters in which Stretto is retained.  Subject to the foregoing, upon information and belief, and upon reasonable inquiry through email survey of Stretto's employees, Stretto does not believe that any of its partners or employees own any debt or equity securities of a company that is a Debtor or of any of its affiliates.

15.     Stretto is no longer party to any agreement with Xclaim Inc., nor does Stretto have any contract with any other party under which Stretto (a) provides or will provide exclusive access to claims data or (b) will be compensated for claims data that is made available by Stretto.

16.     To the best of my knowledge, Stretto (a) does not hold or represent an interest adverse to the Debtors' estates; (b) is a "disinterested person" that (i) is not a creditor, an equity security holder, or an insider, (ii) is not and was not, within two years before the Petition Date, a director, officer, or employee of any of the Debtors, and (iii) does not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason; and (c) has disclosed all of Stretto's connections with the Debtors, their creditors, any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee.

[*Signature Page Follows*]

8

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: July 6, 2025

*/s/ Sheryl Betance*

Sheryl Betance
Senior Managing Director
Stretto, Inc.
410 Exchange, Ste. 100
Irvine, California 92602

9

## **Annex 1**

**Potential Parties in Interest**

**Debtors**

1. My Job Matcher, Inc.
2. Job.com-HV, Inc. (DE)
3. Job.com-HV, Inc. (FL)
4. Job.com-Fortus, Inc.
5. Job.com-Endevis, Inc.
6. Job.com-QCI, Inc.
7. Princeton One-Job.com, Inc.
8. Princeton Search L.L.C.

**Non-Debtor Affiliates**

1. MJM Tech Ltd.
2. Opinio Group
3. My Job Matcher Ltd.
4. Job.com – Team.ai, Inc.

**Current Officers, Directors, and Senior Management**
1. David Mack
2. Robert Corliss
3. Ben Gross
4. Bobby Corliss
5. Mark Guest

**Former Officers and Directors**
1. Paul Martin Sloyan
2. Arran James Stewart
3. Ryan Mattie
4. Graeme Bell

**Benefits Providers**
1. ADP, Inc.
2. Blue Cross Blue Shield
3. Mutual of Omaha
4. QBE Insurance Companies

**Debtors' Professionals**
1. Morris James, LLP
2. Corliss Moore & Associates, LLC
3. Stretto, Inc.
4. Stout Capital, LLC
5. Configure Partners

**<u>Governmental Units and Taxing Authorities</u>**
1. Alabama Department of Revenue
2. Alabama Office of the Attorney General
3. Anti-Trust Division of the United States Dept of Justice
4. Arizona Department of Revenue
5. California Department of Tax and Fee Administration (CDTFA)
6. California Office of the Attorney General
7. California Secretary of State
8. Commonwealth Of Massachusetts
9. Connecticut Department of Labor
10. Connecticut Department of Revenue Services
11. Delaware Department of Justice
12. Delaware Division of Revenue
13. Delaware Divisions of Corporations
14. Delaware State Treasury
15. Department of Revenue State of Mississippi
16. Division of Unemployment Insurance - Delaware
17. Executive Office for United States Attorneys
18. Florida Department of Revenue
19. Florida Office of the Attorney General
20. Georgia Department of Revenue
21. Georgia Office of the Attorney General
22. Illinois Department of Revenue
23. Illinois Office of the Attorney General
24. Indiana Department Of Revenue
25. Indiana Department of Revenue
26. Indiana Office of the Attorney General
27. Internal Revenue Service
28. Iowa Department of Inspections and Appeals
29. Iowa Department of Revenue
30. Kansas Department of Revenue
31. Kansas Office of the Attorney General
32. Kentucky Department of Revenue
33. Kentucky Office of the Attorney General
34. Louisiana Department of Revenue
35. Louisiana Office of the Attorney General
36. Maine Office of the Attorney General
37. Maine Revenue Services
38. Maryland Comptroller's Office
39. Massachusetts Department of Revenue
40. Massachusetts Department of Unemployment Commonwealth Of Massachusetts
41. Michigan Department Of Labor
42. Michigan Department of Treasury
43. Michigan Office of the Attorney General

2

44. Minnesota Department of Revenue
45. Mississippi Department of Revenue
46. Missouri Department of Revenue
47. Nebraska Department of Revenue
48. Nebraska Office of the Attorney General
49. Nevada Department of Taxation
50. Nevada Office of the Attorney General
51. New Jersey Division of Taxation
52. New Jersey Office of the Attorney General
53. New York Office of the Attorney General
54. New York State Compensation Board
55. New York State Department of Taxation and Finance
56. North Carolina Department of Revenue
57. North Carolina Office of the Attorney General
58. NYS Workers' Compensation Board
59. Office of the U.S. Trustee
60. Office of the United States Attorney for the District of Delaware
61. Ohio Bureau of Workers' Compensation
62. Ohio Department of Taxation
63. Ohio Dept of Taxation - Corp Taxes
64. Ohio Office of the Attorney General
65. Orange County, Florida
66. Oregon Department of Revenue
67. Oregon Office of the Attorney General
68. Pennsylvania Department of Revenue
69. Pennsylvania Office of the Attorney General
70. Securities & Exchange Commission
71. Securities and Exchange Commission
72. South Carolina Department of Revenue
73. State of Alabama, Secretary Of State
74. State of California, Secretary Of State
75. State of Delaware, Secretary of State
76. State of Florida, Secretary Of State
77. State of Georgia, Secretary Of State
78. State of Illinois, Secretary Of State
79. State of Indiana, Secretary Of State
80. State of Kansas, Secretary Of State
81. State of Kentucky, Secretary Of State
82. State of Louisiana, Secretary Of State
83. State of Maine, Secretary Of State
84. State of Michigan, Secretary Of State
85. State of Nebraska, Secretary Of State
86. State of Nevada, Secretary Of State
87. State of New Jersey, Secretary Of State

3

88. State of New York, Secretary Of State
89. State of North Carolina, Secretary Of State
90. State of Ohio, Secretary Of State
91. State of Oregon, Secretary Of State
92. State of Oregon, Secretary Of State
93. State of Pennsylvania, Secretary Of State
94. State of Tennessee, Secretary Of State
95. State of Texas, Secretary Of State
96. State of Utah, Secretary Of State
97. State of Virginia, Secretary Of State
98. State of Wyoming, Secretary Of State
99. State of Wyoming Dept. of Workforce Services
100.    Tennessee Department of Revenue
101.    Tennessee Office of the Attorney General
102.    Texas Comptroller of Public Accounts
103.    Texas Office of the Attorney General
104.    U.S. Bank National Association dba U.S. Bank Equipment Finance
105.    U.S. Small Business Administration
106.    US Trustee's Office
107.    Utah Office of the Attorney General
108.    Utah State Tax Commission
109.    Virginia Department of Taxation
110.    Virginia Employment Commission
111.    Virginia Office of the Attorney General
112.    Washington Department of Health
113.    Washington State Department of Revenue
114.    Washington State Dept of Labor & Ind
115.    West Virginia State Tax Department
116.    Wyoming Department of Revenue
117.    Wyoming Office of the Attorney General

**Schedule 1(g): Insurance Carriers & PFA Provider**

1. Arch Specialty Insurance Company
2. Philadelphia Indemnity Insurance Company
3. Lloyds of London
4. Federal Insurance Company (Chubb)
5. National Partners

**Prepetition Lenders & Agent**
1. Ankura Trust Company, LLC
2. Serengeti Asset Management, LP

4

3. GT Partners Private Credit Finance LLC
4. GT Monterey Cypress Finance LLC
5. Serengeti Multi-Series Master LLC—Series ARR

**Banks**

1. Customers Bank
2. PNC Bank
3.  First Republic Bank
4. U.S. Bank National Association

**Lien Parties**
1. First Corporate Solutions
2. C T Corporation System
3. U.S. Small Business Administration
4. Breakout Capital, LLC
5.  Breakout Capital Fund IV, LLC
6. SOJA Ventures LLC
7. Falcon SOJA Ventures Investments LLC, Series FSVI- Job RPO, A series of Falcon SOJA Ventures Investments LLC
8. Andrew Churchill
9. US Capital Global Partners LLC
10. Lily Grace Investments PTY LTD

**Litigants and Potential Litigants**
1. Campeas and Suskin
2. Fortus Group Inc. and Mike Maurizio
3. Shannon Parry
4. The Avenue at Westchase
5. R.A. Cohen Consulting
6. Dave Campeas c/o Norris McLaughlin, P.C.
7. Gary Suskin c/o Norris McLaughlin, P.C.

**Top 20 Unsecured Creditors**
1. Riveron Consulting, LLC
2. SOJA Ventures LLC
3. Lucosky Brookman LLP
4. MDJGroup
5. LinkedIn
6. AHS Staffing
7. Cary Levine

8.  Moss Adams
9.  Indeed, Inc.
10. Bullhorn Inc
11. Caldwell Intellectual Property Law
12. Bell & Associates Ltd
13. Marsh & McLennan Agency LLC
14. Commercial Investigations
15. Okta, Inc.
16. Newbury C/O Pierson Ferdinand LLP
17. Core Cloud LLC
18. Fortus Group Inc. and Mike Maurizio
19. Dave Campeas
20. Gary Suskin

**Ordinary Course Professionals**
1.  Monoco Cooper Lamme & Carr
2.  Daniel Coker
3.  Young Moore
4.  Keating Muething & Klekamp

**Merchant Cash Advance Agreements, Factors, and Other Debt Holders**

1.  Breakout Capital, LLC
2.  Breakout Capital Fund IV, LLC
3.  Gold Capital USA
4.  Cedar Advance LLC
5.  Capital Assist, LLC
6.  Venture Debt, UCC
7.  SOJA Ventures LLC
8.  SOJA Ventures LLC, Series SVI – Job RPO
9.  SOJA Ventures Management LLC
10. Lily Grace Investments Pty Ltd

**U.S. Trustee, Judges, and Court Contacts for the District of Delaware**
1.  Chief Judge Laurie Selber Silverstein
2.  Judge John T. Dorsey
3.  Judge Craig T. Goldblatt
4.  Judge Thomas M. Horan
5.  Judge Karen B. Owens
6.  Judge Brendan L. Shannon
7.  Judge J. Kate Stickles

6

8.  Judge Mary F. Walrath
9.  Lora Johnson
10. Cacia Batts
11. Robert Cavello
12. Laura Haney
13. Nickita Barksdale
14. Demitra Yeager
15. Danielle Gadson
16. Amanda Hrycak
17. Marquietta Lopez
18. Claire Brady
19. Rachel Bello
20. Jill Walker
21. Al Lugano
22. Paula Subda
23. Laurie Capp
24. Catherine Farrell
25. Joseph McMahon
26. Lauren Attix
27. Malcolm M. Bates
28. Fang Bu
29. Linda Casey
30. Joseph Cudia
31. Holly Dice
32. Shakima L. Dortch
33. Timothy J. Fox, Jr.
34. Diane Giordano
35. Michael Girello
36. Christine Green
37. Benjamin Hackman
38. Nyanquoi Jones
39. Jane Leamy
40. Jonathan Lipshie
41. Hannah M. McCollum
42. Jonathan Nyaku
43. James R. O'Malley
44. Linda Richenderfer
45. Richard Schepacarter
46. Edith A. Serrano
47. Rosa Sierra-Fox
48. Elizabeth Thomas
49. Dion Wynn
50. Andrew R. Vara
51. Dianne P. Dugan

7

### Annex 2

ADP Inc.
ADP LLC
Alabama Department of Revenue
Amazon Capital Services, Inc.
Amazon Web Services Inc.
American Express
Aon Consulting, Inc. (NJ)
Arizona Department of Revenue
AT&T
Blackline Systems, Inc.
Blue Shield CA
California Department of Tax And Fee
Administration
Colorado Department of Revenue
Comcast
CSC Corporation Service Company
Bullhorn
CT Corporation
Delaware Secretary of State
Delta Dental
FedEx
FexEx Freight, Inc.
First Unum Life Insurance Company
Florida Department of Revenue
Georgia Department of Revenue
Google LLC
Illinois Department of Revenue
Indeed
Indiana Department of Revenue
Insight
Iowa Department of Revenue
Kansas Department of Revenue
Kentucky Department of Revenue
Louisiana Department of Revenue and
Taxation
Mass Mutual Financial Group
Massachusetts Department of Revenue
Medical Solutions LLC
Minnesota Revenue
Mississippi Department of Revenue
Missouri Department of Revenue
Mutual of Omaha
Okta Inc.

Pennsylvania Department of Revenue
Quest Diagnostics Inc.
Shiftwise
South Carolina Department of Revenue
State of California, Dept. of General
Services
State of Michigan
State of Texas
State of West Virginia
Tennessee Department of Revenue
Texas Comptroller of Public Accounts
Utah State Tax Commission
Verizon Wireless
Virginia Department of Taxation
Washington State Department of Revenue
Wisconsin Department of Revenue