# EXHIBIT C

## List of Bank Accounts

| Debtor | Bank Account & Last Four Digits of Account Number | Bank Account Description |
|---|---|---|
| Job.com-Endevis, Inc. | PNC Bank (x1801) | Depository Account |
| Job.com-Fortus, Inc. | PNC Bank (x1836) | Depository Account/Garnished Account |
| Job.com-Fortus, Inc. | PNC Bank (x1844) | Operating Account/ Garnished Account |
| My Job Matcher, Inc. | PNC Bank (x5402) | Dormant Account |
| My Job Matcher, Inc. | PNC Bank (x5437) | Dormant Account |
| My Job Matcher, Inc. | PNC Bank (x5445) | PNC Bank Fees Account |
| My Job Matcher, Inc. | PNC Bank (x5429) | Dormant Account |
| My Job Matcher, Inc. | Customers Bank (x7152) | General Operating Account |
| Job.com-HV, Inc. | PNC Bank (x5461) | Dormant Account |
| Job.com-HV, Inc. | PNC Bank (x5496) | Depository Account |
| Job.com-QCI, Inc. | PNC Bank (x2201) | Depository Account |
| Job.com-QCI, Inc. | PNC Bank (x2244) | Operating Account |
| Princeton One-Job.com, Inc. | PNC Bank (x6726) | Master Account |
| Princeton Search L.L.C. | PNC Bank (x0296) | Master Account |

17409598