# EXHIBIT A

## List of Insurance Contracts

17405472

| INSURANCE CARRIER | INSURANCE PROGRAM | POLICY NUMBER | EFFECTIVE DATE; MONTHS COVERED | FINANCED PROGRAM (YES/NO) | APPROXIMATE ANNUAL PREMIUM |
|---|---|---|---|---|---|
| Coalition Insurance | Cyber | 1734 | March 15, 2025 – March 15, 2026 | Yes | $21,069.00 |
| Endurance American Specialty Insurance Company | Management Liability | 4100 | May 27, 2025 – May 27, 2026 | No | $104,890.00 |
| Federal Insurance Company (Chubb) | Management Liability | 4578 | March 15, 2025 – March 15, 2026 | Yes | $47,133.00 |
| Philadelphia Indemnity Insurance Company | General Liability, E&O, and Crime | 1012 | April 1, 2025 – April 1 2026 | No | $111,495.55 |
| Philadelphia Indemnity Insurance Company | Umbrella | 6012 | April 1, 2025 – April 1 2026 | Yes | $27,247.00 |
| Philadelphia Indemnity Insurance Company | Auto | 5012 | April 1, 2025 – April 1 2026 | Yes | $16,724.00 |
| Sompo Insurance – Lloyds | Management Liability | 1227 | March 15, 2025 – March 15, 2026 | Yes | $9,000.00 |

17405472