# **EXHIBIT B**

**PFAs**

17405472

# National Partners



**PREMIUM FINANCE AGREEMENT**
**SECURITY AGREEMENT, LOAN DISCLOSURE STATEMENT**
**AND LIMITED POWER OF ATTORNEY**

"LENDER"
2655 S Le Jeune Road, Suite 800
Coral Gables, FL 33134

**CHECK APPROPRIATE BOX IF BORROWER IN BANKRUPTCY**
[ ] Chapter 7   [ ] Chapter 11   [ ] Chapter 13

PHONE: (800) 506-8901    FAX: (720) 889-9258    QUOTE NUMBER: 39743

| PRODUCER (Insurance Agent/Broker) NAME, ADDRESS, and PHONE NUMBER | BORROWER (Insured) NAME, ADDRESS, and PHONE NUMBER | BORROWER SSN/FEIN |
|---|---|---|
| Foundershield LLC<br>116 W 23rd St<br>5th Fl<br>New York, NY 10021<br>PHONE NUMBER: (646) 854-1058  AGENT ID: A01937 | My Job Matcher Inc<br>dba Job.com<br>108 Wild Basin Rd South<br>Austin, TX 78746<br>PHONE NUMBER: (000) 000-0000 | [           ]<br><br>CHECK BOX IF AGENT RENEWAL<br><br>[ ] |

## 1. SCHEDULE OF FINANCED POLICIES

| NAME OF INSURANCE COMPANY AND GENERAL AGENT/BROKER | TYPE OF POLICY | POLICY NUMBER | POLICY EFFECTIVE DATE | MIN EARNED (%) | SUBJECT TO AUDIT? | DAYS TO CANCEL | POLICY TERM (months) | PREMIUM + FIN. TXS/FEES + NON-FIN. TXS/FEES |
|---|---|---|---|---|---|---|---|---|
| Federal Insurance Company (Chubb) (71169) (C00099)<br>Chubb Specialty Insurance (40353) (G00462) | DIRECTORS & OFFICERS | TBI | 3/15/2025 | 0.000% | | 0 | 12 | 47,133.00<br>0.00<br>8,248.27 |

See Schedule of Financed Policies page for additional policies

## 2. LOAN DISCLOSURE

| TOTAL PREMIUMS AND RELATED FEES | DOWN PAYMENT REQUIRED FROM BORROWER | AMOUNT FINANCED Amount of credit provided to you or on your behalf. | STATE SPECIFIED TAXES OR FEES | **TOTAL FINANCE CHARGES** Dollar amount the credit will cost you. | TOTAL OF PAYMENTS Amount of all scheduled payments. | **ANNUAL PERCENTAGE RATE** Cost of your credit as a yearly rate. |
|---|---|---|---|---|---|---|
| $93,003.11 | $29,408.89 | $63,594.22 | $0.00 | **$2,712.28** | $66,306.50 | **9.200%** |

## 3. PAYMENT SCHEDULE

*Mail all Payments to: 2655 S Le Jeune Road, Suite 800, Coral Gables, FL 33134*

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENT | PAYMENT FREQUENCY | PAYMENTS DATES | |
|---|---|---|---|---|
| | | | FIRST PAYMENT DUE | DATE PAYMENTS ARE DUE |
| 10 | $6,630.65 | Monthly | 4/15/2025 | 15th |

## 4. CERTAIN DISCLOSURES AND PAYMENT PROVISIONS

**SECURITY INTEREST and POWER OF ATTORNEY:** The Insured, as Borrower, hereby grants Lender a security interest in all insurance policies listed herein and all unearned premium, return premium and dividend payments thereof which may become payable for any reason, and any loss payments which reduce the unearned premiums, subject to any mortgagee or loss payee interests.
**FINANCE CHARGES:** The finance charges begin accruing on the earliest effective date of the policies listed in the Schedule of Financed Policies
**CHARGE FOR LATE PAYMENT:** If any and each payment which is not made by the 5th day past due (or such later date as required by law), then Borrower will be assessed a late charge (SEE SECTION 16 "LATE FEE" ON THE ADDITIONAL PROVISIONS PAGE OF THIS AGREEMENT FOR STATE SPECIFIC INFORMATION).
**CONTRACT REFERENCE:** See the rest of this Agreement below, the ADDITIONAL PROVISIONS page, and any included addenda for additional information about nonpayment, default, required prepayments, prepayments, refunds and penalties.

**5. PAYMENT PROVISIONS:** Borrower promises to pay to Lender at Lender's address provided next to Payment Schedule above (or other address Lender may designate) the Total of Payments shown above in consecutive periodic payments with the number, amounts, and dates as disclosed in the "Payment Schedule" above, until loan is fully paid. Borrower agrees that all installment payments due under this Agreement must be made directly to LENDER and payment made by Borrower to any other person, firm, agency or corporation do not constitute payment unless and until received by LENDER.

**PREMIUM FINANCE NOTICE TO BORROWER / INSURED: (1) DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACE. (2) YOU ARE ENTITLED TO A COMPLETELY FILLED-IN COPY OF THIS AGREEMENT. (3) KEEP YOUR COPY OF THIS AGREEMENT TO PROTECT YOUR LEGAL RIGHTS. (4) UNDER THE LAW, YOU HAVE THE RIGHT TO PAY OFF IN ADVANCE THE FULL AMOUNT DUE AND UNDER CERTAIN CONDITIONS TO OBTAIN A PARTIAL REFUND OF THE FINANCE AND SERVICE CHARGES.**

When signed below by you, or on your behalf, you (Borrower) acknowledge receipt of a copy of this Agreement, acknowledge having full power and authority to enter into this Agreement and sign on behalf of all entities named above as Borrowers, and that you agree to the provisions printed above and on the ADDITIONAL PROVISIONS section (plus any attached addenda) constitute the entire Agreement between Borrower and Lender. Insured hereby requests Lender to pay on its behalf the financed portion of its insurance policy premiums (net of down payment) listed above.

_____  _____  _____
DATE                  SIGNATURE OF THE BORROWER/INSURED(S) OR DULY AUTHORIZED AGENT  PRINT NAME & TITLE

**PRODUCER REPRESENTATION**
THE UNDERSIGNED REPRESENTS AND WARRANTS: By signing or submitting this Premium Finance Agreement, the Producer makes the Producer's Representations and Warranties printed on the ADDITIONAL PROVISIONS page of this Agreement and agrees to be bound to the terms of this Agreement. Producer also agrees that there has been no assignment of any interest in the insurance policy(ies) except for the assignment to Lender and Lender may assign this Agreement, including Producer's Representations and Warranties under its normal course of business.

_____  _____  _____
DATE                  SIGNATURE OF PRODUCER (AGENT/BROKER)                        PRINT NAME & TITLE

| SCHEDULE OF FINANCED POLICIES (Continued) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| NAME OF INSURANCE COMPANY AND GENERAL AGENT/BROKER | TYPE OF POLICY | POLICY NUMBER | POLICY EFFECTIVE DATE | MIN EARNED (%) | SUBJECT TO AUDIT? | DAYS TO CANCEL | POLICY TERM (months) | PREMIUM + FIN. TXS/FEES + NON-FIN. TXS/FEES |
| Lloyds of London (71045) (C00006) Paragon Insurance Holdings LLC (40882) (G01025) | DIRECTORS & OFFICERS | TBI | 3/15/2025 | 0.000% | | 0 | 12 | 9,000.00 1,080.20 1,575.00 |
| Arch Specialty Insurance Company (71716) (C00490) Coalition Insurance Solutions Inc (41623) (G01580) | Cyber Liability | TBI | 3/15/2025 | 0.000% | | 0 | 12 | 21,069.00 1,210.57 3,687.07 |

## ADDITIONAL PROVISIONS OF PREMIUM FINANCE AGREEMENT

6. **AGREEMENT BECOMES A CONTRACT:** This Agreement becomes a binding contract when Lender mails Insured its acceptance and has no force until Lender's written acceptance is mailed. Insured agrees that this Agreement may be transmitted electronically or via fax and any such transmittal shall be deemed a fully enforceable duplicate of the original document.

7. **IRREVOCABLE LIMITED POWER OF ATTORNEY:** Borrower irrevocably appoints Lender as attorney-in-fact of Borrower, with full power of substitution and authority upon default to cancel the policy(ies) listed on this Agreement, with full power to sign or otherwise execute the policy(ies) and to collect or receive all unearned premiums, dividend payments, and any loss payments which reduce unearned premium which may become payable under said policy(ies).

8. **ADDITIONAL PREMIUMS:** Only those premiums shown in this Agreement will be advanced on behalf of the Borrower. Payment of any additional premiums is the responsibility of the Borrower. Should Borrower desire to finance any additional premiums, written request must be provided to Lender and Lender will state its down payment requirements and payment options offered, if any.

9. **NOTIFYING INSURANCE COMPANY:** Insured authorizes Lender, at Lender's option, to notify any and all insurance companies issuing insurance policies covered by this Agreement of the terms of this Agreement, and Insured directs that such insurance companies honor all provisions of this Agreement.

10. **BORROWER ASSIGNMENT:** Borrower represents and warrants to Lender that the insurance policy(ies) set forth herein, or a binder for such policy(ies), has been issued to Borrower and is (or are) in full force and effect, and that there has been no assignment of any interest in the insurance policy(ies) except for the assignment to Lender provided herein. Borrower agrees that Lender may assign this Agreement without notice to Borrower and in such event this Agreement shall inure to the benefit of and be binding to such assignee.

11. **SPECIAL INSURANCE POLICIES:** If any policy set forth in the "Schedule of Financed Policies", has premium subject to audit or is a reporting form policy, or is subject to retrospective rating, then the Insured promises to pay to the insurance company the earned premium computed in accordance with the policy provisions which is in excess of the amount of premium previously advanced by Lender.

12. **NAMED INSURED:** If an insurance policy financed provides the first named insured of such policy be responsible for payment of premiums and act on behalf of all other insureds, then the same shall apply to this Agreement and Insured represents they are authorized to sign on behalf of all insureds.

13. **RIGHT TO PREPAY:** Borrower shall have the right to prepay, in whole or in part, the amounts due hereunder at any time and shall be credited-back any unearned finance charges. If such prepayment in full occurs before the 1st installment due date, Lender shall retain the finance charge which could be retained if the 1st installment period were 1 month and the loan were prepaid in full on the 1st installment due date (except in AZ, CA, MA, NJ, OR, PA, TX, VT, and VA, where the finance charge retained will be computed based on the number of days from the Inception Date to the date the loan is paid in full).

14. **MINIMUM FINANCE CHARGE and NON-REFUNDABLE FEES:** There is a minimum finance charge of $15 in HI; $25 in CA, CO, ME; $36 in IN. Part of the finance charge includes a $20 Non-Refundable fee, except in MS, NH, NM, and TX. The non-refundable service fee is $10 in AK, AZ, CT, DE, KS, NY, PA, WA, and WI; $15 in AL, MO, NC, RI, VA, VT, and KY; $25 in NV; $12 in NJ; $12.50 in MT; $16 in MA; $50 in OR; AND $18 in MI.

15. **REFUNDS OF FINANCE CHARGES:** Lender shall refund to Borrower any unearned finance charges, except if $1.00 or less then no refund will be made. Unearned finance charge is computed in accordance with the Rule of 78's (except in AZ, CA, MD, MA, MI, MO, NV, NH, NJ, ND, OR, PA, VT, and VA, where the refund of any finance charge will be computed by the actuarial method, computed daily as 1/365th)

16. **LATE FEES:** The Late Fee for this Payment Amount will be 331.53 and shall be incurred anytime a payment due has not been received by Lender within 10 days of the payment due date.

17. **EVENT OF DEFAULT:** Interest will accrue on the unpaid balance until Lender has received payment in full. Upon Borrower's default in any payment, or a default consisting of the transfer of policy(is) to a third party, Lender is authorized to accelerate and declare due and payable the entire unpaid balance of this note, less unearned finance charges. Other than in LA or VA, other acts of default for which the unpaid balance may be accelerated include any check given by Borrower for the down payment or any payment due under this Agreement which is not honored when presented to the bank on which drawn; misrepresentation by the Borrower as to the policies being financed; or if any insurance company issuing an insurance policy referred to herein becomes insolvent, suspends business, or ceases to be qualified to do business. Borrower hereby waives presentment, protest and notice of dishonor. No delay or omission on Lender's part to exercise any right or power arising hereunder will impair any such right or power or be considered a waiver for any such right or power, nor will Lender's action or inaction impair any such right or power. Borrower agrees unpaid balances may be added to any new premium finance agreement of Borrower.

18. **PAYMENTS AFTER DEFAULT/ REINSTATEMENT:** Any payments made to Lender after confirmation of cancellation of the insurance policy(ies) has been mailed may be credited to Borrower's accounts without affecting the acceleration of the Agreement and without any liability or obligation on Lender's part to request reinstatement of the cancelled policy(ies). If Lender requests reinstatement, Borrower agrees that Lender has no liability to Borrower if the policy is not reinstated, as only the insurance company has the authority to reinstate a policy.

19. **ATTORNEYS' FEES:** In the event Lender has to engage an attorney to collect any unpaid balance, Borrower agrees to pay any and all reasonable and necessary attorney fees, collection costs, and other fees as permitted by law.

20. **CANCELLATION CHARGE:** If a default by the Borrower results in cancellation of any insurance policy listed in the "Schedule of Financed Policies", the Borrower will pay Lender an amount equal to the maximum cancellation charge permitted by law.

21. **BAD CHECK CHARGE:** Borrower shall be charged a fee of $20 ($25 in Maryland, $15 in CA, FL, LA, MS, NV and $10 in AZ, MA or OH, $0 in KY) if payment of Borrower is not honored when presented to the bank on which drawn. For any payment not honored, certified funds may be required for all subsequent payments.

22. **AGENT OR BROKER:** Borrower understands and agrees that Lender is not acting as an insurance carrier, agent or broker and shall have no liability as such. Borrower understands and agrees that the Producer is the Borrower's insurance agent or broker and not the agent of Lender (except in Virginia if 14 VAC 5-390-70 provides otherwise) and that the Producer has no power or authority to make agreements for Lender.

23. **PROHIBITION AGAINST USURY:** Under no circumstances shall Borrower have to pay more interest than is allowed under applicable law for this type of loan, and if Lender inadvertently contracts for charges, or receives more interest than allowed, Lender will refund the excess to Borrower

24. **ILLEGALITY:** If any provision contained in this Agreement should be invalid, illegal or unenforceable in any respect, it shall not affect or impair the validity, legality and enforceability of the remaining provisions of this Agreement.

25. **CHANGES IN WRITING:** Lender is authorized to correct errors and omissions in the agreement. Modifications and amendments or waivers made to this Agreement by Borrower must be made in writing to Lender and approved by Lender.

26. **FINANCING OPTION:** Entry into this financing arrangement is not a condition of obtaining insurance. You may pay the premium for insurance without financing such premium, or to obtain financing from some other source if you choose.

27. **INSOLVENCY:** The Borrower represents they are not insolvent or presently the subject of any insolvency proceeding, except as noted on Page 1 of this Agreement.

### LIMITATION OF LIABILITY

Neither Lender nor its assignee shall be liable for any loss or damage to Insured by reason of failure of any insurance company to issue or maintain in-force any of the Policies listed herein, including but not limited to any exercise by Lender of its right of cancellation for such policies, except in the event of willful or intentional misconduct by Lender.

### PRODUCER'S REPRESENTATIONS AND WARRANTIES

Producer hereby represents and warrants as follows: (1) This Agreement was complete as to all of its provisions and disclosures before it was signed by the Borrower or its authorized representative (if permitted by applicable law), Borrower was delivered a completed copy at time of signature, and Borrowers name and address is correct. (2) The signature of Borrower is genuine and Borrower, or Producer under written authorization of Borrower, has full power and authority to enter into this Agreement. (3) The insurance policy(ies) listed in this Agreement are in full force and effect, the policy details are correct as stated herein and Producer is authorized by state authorities and the issuing insurance companies (or their designated general agents) to produce the policy(ies) listed herein. (4) The down payment has been paid by Borrower and delivered to the respective issuing insurance company(ies) (or general agent(s) on their behalf). (5) Producer acknowledges it is NOT an agent or representative of Lender. (6) Unless noted under Schedule of Policies, all policies being financed are cancellable, none are subject to retrospective rating, none are or become fully earned at any time for any reason before the expiration of policy term stated and each premium financed represents the full anticipated premium for policy term. (7) Any lien or claim on funds of Borrower, or relating to the financed policies made by Producer shall be subordinate to Lender until Lender has been paid all amounts due to it under this Agreement. (8) Lender may rely on these representation and warranties and shall hold Lender harmless from, and indemnify Lender against, any loss (up to the Amount Financed plus interest due and collection costs) resulting from errors, omissions or inaccuracies of Producer in preparing this Agreement. (9) To the best of Producer's knowledge, no proceeding(s) in bankruptcy, receivership or insolvency have been instituted or are contemplated by or against the Insured unless so noted on Page 1. (10) If Producer is to receive any compensation from Lender in connection with this Agreement, as permitted by applicable law, Producer has made disclosure to Borrower in accordance with the requirements of applicable law.

National Partners
2655 S Le Jeune Road, Suite 800
Coral Gables, FL 33134

If your application for business credit is not approved, you have the right to a written statement of the specific reasons for the decision. To obtain the statement, please contact National Partners, ATTN: Compliance Department, 2655 S Le Jeune Road, Suite 800, Coral Gables, FL 33134 or (800) 506-8901 within 60 days from the date you are notified of our decision. We will send you a written statement of reasons for the decision within 30 days of receiving your request for the statement.

Notice: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission, 600 Pennsylvania Avenue, NW, Washington, DC 20580.

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

# NATIONAL PARTNERS
## FUNDING BREAKDOWN BY POLICY

**Borrower Name:** My Job Matcher Inc  **Quote Number:** 39743

**Producer Name:** Foundershield LLC

| NAME OF INSURANCE COMPANY AND GENERAL AGENT/BROKER | TYPE OF POLICY | POLICY NUMBER | POLICY TOTAL PREMIUM | DOWN PAYMENT AMOUNT | FUNDING AMOUNT |
|---|---|---|---|---|---|
| Federal Insurance Company (Chubb) (71169) (C00099) Chubb Specialty Insurance (40353) (G00462) | DIRECTORS & OFFICERS | TBI | $55,381.27 | $17,674.87 | $37,706.40 |
| Lloyds of London (71045) (C00006) Paragon Insurance Holdings LLC (40882) (G01025) | DIRECTORS & OFFICERS | TBI | $11,655.20 | $3,591.04 | $8,064.16 |
| Arch Specialty Insurance Company (71716) (C00490) Coalition Insurance Solutions Inc (41623) (G01580) | Cyber Liability | TBI | $25,966.64 | $8,142.98 | $17,823.66 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | **TOTALS:** | $93,003.11 | $29,408.89 | $63,594.22 |

Please note any specific funding instructions: _____
_____



## NATIONAL PARTNERS

### Quote # 39743 - My Job Matcher Inc
### Authorization Agreement for Direct Payments (ACH Debits)

I (we) hereby authorize National Partners hereinafter called COMPANY, to initiate debit entries to my (our):

Account Type:

indicated below at the depository financial institution named below, hereinafter called DEPOSITORY, and to debit the same to such account.

Depository Name:

Routing Number:

Account Number:

This Authorization is to remain in full force and effect until COMPANY has received written notification from me (or either of us) of its termination in such time and in such manner as to afford COMPANY and DEPOSITORY a reasonable time to act on it.

Name(s):    **My Job Matcher Inc**

Date:    3/13/2025

Signed X: _*Mark Guest*_____    Signed X: _____

**Note:** All written authorization must provide that the receiver may revoke the authorization only by notifying the originator in the manner specified in the authorization

### Attach Voided Check Here

(Tape Voided Check Here)

**DO NOT STAPLE!**

# CERTIFICATE of SIGNATURE

# National Partners



**PREMIUM FINANCE AGREEMENT**
**SECURITY AGREEMENT, LOAN DISCLOSURE STATEMENT**
**AND LIMITED POWER OF ATTORNEY**

"LENDER"
2655 S Le Jeune Road, Suite 800
Coral Gables, FL 33134

| CHECK APPROPRIATE BOX IF BORROWER IN BANKRUPTCY |
|---|
| [ ] Chapter 7   [ ] Chapter 11   [ ] Chapter 13 |

PHONE: (800) 506-8901     FAX: (720) 889-9258     QUOTE NUMBER: 43299

| PRODUCER (Insurance Agent/Broker) NAME, ADDRESS, and PHONE NUMBER | BORROWER (Insured) NAME, ADDRESS, and PHONE NUMBER | BORROWER SSN/FEIN |
|---|---|---|
| Foundershield LLC<br>116 W 23rd St<br>5th Fl<br>New York, NY 10011<br>PHONE NUMBER: (646) 854-1058 AGENT ID: A01937 | My Job Matcher Inc<br>dba Job.com<br>108 Wild Basin Rd South<br>Austin, TX 78746<br>PHONE NUMBER: (122) 454-8080 | [            ]<br><br>CHECK BOX IF AGENT RENEWAL<br><br>[ ] |

### 1. SCHEDULE OF FINANCED POLICIES

| NAME OF INSURANCE COMPANY AND GENERAL AGENT/BROKER | TYPE OF POLICY | POLICY NUMBER | POLICY EFFECTIVE DATE | MIN EARNED (%) | SUBJECT TO AUDIT? | DAYS TO CANCEL | POLICY TERM (months) | PREMIUM + FIN. TXS/FEES + NON-FIN. TXS/FEES |
|---|---|---|---|---|---|---|---|---|
| Tokio Marine Specialty Insurance Company (71757) (C00524) | NON-OWNED AUTO | TBI | 4/1/2025 | 0.000% | | 0 | 12 | 16,724.00<br>418.30<br>0.00 |

See Schedule of Financed Policies page for additional policies    Broker Fee    38,981.00

### 2. LOAN DISCLOSURE

| TOTAL PREMIUMS AND RELATED FEES | DOWN PAYMENT REQUIRED FROM BORROWER | AMOUNT FINANCED Amount of credit provided to you or on your behalf. | STATE SPECIFIED TAXES OR FEES | **TOTAL FINANCE CHARGES** Dollar amount the credit will cost you. | TOTAL OF PAYMENTS Amount of all scheduled payments. | **ANNUAL PERCENTAGE RATE** Cost of your credit as a yearly rate. |
|---|---|---|---|---|---|---|
| $194,893.85 | $62,367.93 | $132,525.92 | $0.00 | **$5,652.18** | $138,178.10 | **9.200%** |

### 3. PAYMENT SCHEDULE    *Mail all Payments to: 2655 S Le Jeune Road, Suite 800, Coral Gables, FL 33134*

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENT | PAYMENT FREQUENCY | PAYMENTS DATES | |
|---|---|---|---|---|
| | | | FIRST PAYMENT DUE | DATE PAYMENTS ARE DUE |
| 10 | $13,817.81 | Monthly | 5/1/2025 | 1st |

### 4. CERTAIN DISCLOSURES AND PAYMENT PROVISIONS

**SECURITY INTEREST and POWER OF ATTORNEY:** The Insured, as Borrower, hereby grants Lender a security interest in all insurance policies listed herein and all unearned premium, return premium and dividend payments thereof which may become payable for any reason, and any loss payments which reduce the unearned premiums, subject to any mortgagee or loss payee interests.
**FINANCE CHARGES:** The finance charges begin accruing on the earliest effective date of the policies listed in the Schedule of Financed Policies
**CHARGE FOR LATE PAYMENT:** If any and each payment which is not made by the 5th day past due (or such later date as required by law), then Borrower will be assessed a late charge (SEE SECTION 16 "LATE FEE" ON THE ADDITIONAL PROVISIONS PAGE OF THIS AGREEMENT FOR STATE SPECIFIC INFORMATION).
**CONTRACT REFERENCE:** See the rest of this Agreement below, the ADDITIONAL PROVISIONS page, and any included addenda for additional information about nonpayment, default, required prepayments, prepayments, refunds and penalties.

**5. PAYMENT PROVISIONS:** Borrower promises to pay to Lender at Lender's address provided next to Payment Schedule above (or other address Lender may designate) the Total of Payments shown above in consecutive periodic payments with the number, amounts, and dates as disclosed in the "Payment Schedule" above, until loan is fully paid. Borrower agrees that all installment payments due under this Agreement must be made directly to LENDER and payment made by Borrower to any other person, firm, agency or corporation do not constitute payment unless and until received by LENDER.

**PREMIUM FINANCE NOTICE TO BORROWER / INSURED: (1) DO NOT SIGN THIS AGREEMENT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACE. (2) YOU ARE ENTITLED TO A COMPLETELY FILLED-IN COPY OF THIS AGREEMENT. (3) KEEP YOUR COPY OF THIS AGREEMENT TO PROTECT YOUR LEGAL RIGHTS. (4) UNDER THE LAW, YOU HAVE THE RIGHT TO PAY OFF IN ADVANCE THE FULL AMOUNT DUE AND UNDER CERTAIN CONDITIONS TO OBTAIN A PARTIAL REFUND OF THE FINANCE AND SERVICE CHARGES.**

When signed below by you, or on your behalf, you (Borrower) acknowledge receipt of a copy of this Agreement, acknowledge having full power and authority to enter into this Agreement and sign on behalf of all entities named above as Borrowers, and that you agree to the provisions printed above and on the ADDITIONAL PROVISIONS section (plus any attached addenda) constitute the entire Agreement between Borrower and Lender. Insured hereby requests Lender to pay on its behalf the financed portion of its insurance policy premiums (net of down payment) listed above.

| 03 / 31 / 2025 | *Mark Guest* | Mark Guest, Chief Corp Dev Officer |
|---|---|---|
| DATE | SIGNATURE OF THE BORROWER/INSURED(S) OR DULY AUTHORIZED AGENT | PRINT NAME & TITLE |

**PRODUCER REPRESENTATION**
THE UNDERSIGNED REPRESENTS AND WARRANTS: By signing or submitting this Premium Finance Agreement, the Producer makes the Producer's Representations and Warranties printed on the ADDITIONAL PROVISIONS page of this Agreement and agrees to be bound to the terms of this Agreement. Producer also agrees that there has been no assignment of any interest in the insurance policy(ies) except for the assignment to Lender and Lender may assign this Agreement, including Producer's Representations and Warranties under its normal course of business.

| 03/27/25 | *[signature]* | Kyle Jeziorski |
|---|---|---|
| DATE | SIGNATURE OF PRODUCER (AGENT/BROKER) | PRINT NAME & TITLE |

MState0819

Document Ref: PNCMV-WDPJJ-5L9ME-ANRZK

Borrower Name: My Job Matcher Inc   Producer Name: Foundershield LLC   Quote Number: 43299

| NAME OF INSURANCE COMPANY AND GENERAL AGENT/BROKER | TYPE OF POLICY | POLICY NUMBER | POLICY EFFECTIVE DATE | MIN EARNED (%) | SUBJECT TO AUDIT? | DAYS TO CANCEL | POLICY TERM (months) | PREMIUM + FIN. TXS/FEES + NON-FIN. TXS/FEES |
|---|---|---|---|---|---|---|---|---|
| **SCHEDULE OF FINANCED POLICIES (Continued)** | | | | | | | | |
| Philadelphia Indemnity Insurance Company (71753) (C00520) | PACKAGE | TBI | 4/1/2025 | 0.000% | | 0 | 12 | 111,495.55<br>28.00<br>0.00 |
| Philadelphia Indemnity Insurance Company (71753) (C00520) | UMBRELLA | TBI | 4/1/2025 | 0.000% | | 0 | 12 | 27,247.00<br>0.00<br>0.00 |

MState0819

Document Ref: PNCMV-WDPJJ-5L9ME-ANRZK

| Borrower Name: | My Job Matcher Inc | Producer Name: | Foundershield LLC | Quote Number: | 43299 |

## ADDITIONAL PROVISIONS OF PREMIUM FINANCE AGREEMENT

**6.** <u>AGREEMENT BECOMES A CONTRACT</u>: This Agreement becomes a binding contract when Lender mails Insured its acceptance and has no force until Lender's written acceptance is mailed. Insured agrees that this Agreement may be transmitted electronically or via fax and any such transmittal shall be deemed a fully enforceable duplicate of the original document.

**7.** <u>IRREVOCABLE LIMITED POWER OF ATTORNEY</u>: Borrower irrevocably appoints Lender as attorney-in-fact of Borrower, with full power of substitution and authority upon default to cancel the policy(ies) listed on this Agreement, with full power to sign or otherwise execute the policy(ies) and to collect or receive all unearned premiums, dividend payments, and any loss payments which reduce unearned premium which may become payable under said policy(ies).

**8.** <u>ADDITIONAL PREMIUMS</u>: Only those premiums shown in this Agreement will be advanced on behalf of the Borrower. Payment of any additional premiums is the responsibility of the Borrower. Should Borrower desire to finance any additional premiums, written request must be provided to Lender and Lender will state its down payment requirements and payment options offered, if any.

**9.** <u>NOTIFYING INSURANCE COMPANY</u>: Insured authorizes Lender, at Lender's option, to notify any and all insurance companies issuing insurance policies covered by this Agreement of the terms of this Agreement, and Insured directs that such insurance companies honor all provisions of this Agreement.

**10.** <u>BORROWER ASSIGNMENT</u>: Borrower represents and warrants to Lender that the insurance policy(ies) set forth herein, or a binder for such policy(ies), has been issued to Borrower and is (or are) in full force and effect, and that there has been no assignment of any interest in the insurance policy(ies) except for the assignment to Lender provided herein. Borrower agrees that Lender may assign this Agreement without notice to Borrower and in such event this Agreement shall inure to the benefit of and be binding to such assignee.

**11.** <u>SPECIAL INSURANCE POLICIES</u>: If any policy set forth in the "Schedule of Financed Policies", has premium subject to audit or is a reporting form policy, or is subject to retrospective rating, then the Insured promises to pay to the insurance company the earned premium computed in accordance with the policy provisions which is in excess of the amount of premium previously advanced by Lender.

**12.** <u>NAMED INSURED</u>: If an insurance policy financed provides the first named insured of such policy be responsible for payment of premiums and act on behalf of all other insureds, then the same shall apply to this Agreement and Insured represents they are authorized to sign on behalf of all insureds.

**13.** <u>RIGHT TO PREPAY</u>: Borrower shall have the right to prepay, in whole or in part, the amounts due hereunder at any time and shall be credited-back any unearned finance charges. If such prepayment in full occurs before the 1st installment due date, Lender shall retain the finance charge which could be retained if the 1st installment period were 1 month and the loan were prepaid in full on the 1st installment due date (except in AZ, CA, MA, NJ, OR, PA, TX, VT, and VA, where the finance charge retained will be computed based on the number of days from the Inception Date to the date the loan is paid in full).

**14.** <u>MINIMUM FINANCE CHARGE and NON-REFUNDABLE FEES</u>: There is a minimum finance charge of $15 in HI; $25 in CA, CO, ME; $36 in IN. Part of the finance charge includes a $20 Non-Refundable fee, except in MS, NH, NM, and TX. The non-refundable service fee is $10 in AK, AZ, CT, DE, KS, NY, PA, WA, and WI; $15 in AL, MO, NC, RI, VA, VT, and KY; $25 in NV; $12 in NJ; $12.50 in MT; $16 in MA; $50 in OR; AND $18 in MI.

**15.** <u>REFUNDS OF FINANCE CHARGES</u>: Lender shall refund to Borrower any unearned finance charges, except if $1.00 or less then no refund will be made. Unearned finance charge is computed in accordance with the Rule of 78's (except in AZ, CA, MD, MA, MI, MO, NV, NH, NJ, ND, OR, PA, VT, and VA, where the refund of any finance charge will be computed by the actuarial method, computed daily as 1/365th).

**16.** <u>LATE FEES</u>: The Late Fee for this Payment Amount will be 690.89 and shall be incurred anytime a payment due has not been received by Lender within 10 days of the payment due date.

**17.** <u>EVENT OF DEFAULT</u>: Interest will accrue on the unpaid balance until Lender has received payment in full. Upon Borrower's default in any payment, or a default consisting of the transfer of policy(is) to a third party, Lender is authorized to accelerate and declare due and payable the entire unpaid balance of this note, less unearned finance charges. Other than in LA or VA, other acts of default for which the unpaid balance may be accelerated include any check given by Borrower for the down payment or any payment due under this Agreement which is not honored when presented to the bank on which drawn; misrepresentation by the Borrower as to the policies being financed; or if any insurance company issuing an insurance policy referred to herein becomes insolvent, suspends business, or ceases to be qualified to do business. Borrower hereby waives presentment, protest and notice of dishonor. No delay or omission on Lender's part to exercise any right or power arising hereunder will impair any such right or power or be considered a waiver for any such right or power, nor will Lender's action or inaction impair any such right or power. Borrower agrees unpaid balances may be added to any new premium finance agreement of Borrower.

**18.** <u>PAYMENTS AFTER DEFAULT/ REINSTATEMENT</u>: Any payments made to Lender after confirmation of cancellation of the insurance policy(ies) has been mailed may be credited to Borrower's accounts without affecting the acceleration of the Agreement and without any liability or obligation on Lender's part to request reinstatement of the cancelled policy(ies). If Lender requests reinstatement, Borrower agrees that Lender has no liability to Borrower if the policy is not reinstated, as only the insurance company has the authority to reinstate a policy.

**19.** <u>ATTORNEYS' FEES</u>: In the event Lender has to engage an attorney to collect any unpaid balance, Borrower agrees to pay any and all reasonable and necessary attorney fees, collection costs, and other fees as permitted by law.

**20.** <u>CANCELLATION CHARGE</u>: If a default by the Borrower results in cancellation of any insurance policy listed in the "Schedule of Financed Policies", the Borrower will pay Lender an amount equal to the maximum cancellation charge permitted by law.

**21.** <u>BAD CHECK CHARGE</u>: Borrower shall be charged a fee of $20 ($25 in Maryland, $15 in CA, FL, LA, MS, NV and $10 in AZ, MA or OH, $0 in KY) if payment of Borrower is not honored when presented to the bank on which drawn. For any payment not honored, certified funds may be required for all subsequent payments.

**22.** <u>AGENT OR BROKER</u>: Borrower understands and agrees that Lender is not acting as an insurance carrier, agent or broker and shall have no liability as such. Borrower understands and agrees that the Producer is the Borrower's insurance agent or broker and not the agent of Lender (except in Virginia if 14 VAC 5-390-70 provides otherwise) and that the Producer has no power or authority to make agreements for Lender.

**23.** <u>PROHIBITION AGAINST USURY</u>: Under no circumstances shall Borrower have to pay more interest than is allowed under applicable law for this type of loan, and if Lender inadvertently contracts for charges, or receives more interest than allowed, Lender will refund the excess to Borrower

**24.** <u>ILLEGALITY</u>: If any provision contained in this Agreement should be invalid, illegal or unenforceable in any respect, it shall not affect or impair the validity, legality and enforceability of the remaining provisions of this Agreement.

**25.** <u>CHANGES IN WRITING</u>: Lender is authorized to correct errors and omissions in the agreement. Modifications and amendments or waivers made to this Agreement by Borrower must be made in writing to Lender and approved by Lender.

**26.** <u>FINANCING OPTION</u>: Entry into this financing arrangement is not a condition of obtaining insurance. You may pay the premium for insurance without financing such premium, or to obtain financing from some other source if you choose.

**27.** <u>INSOLVENCY</u>: The Borrower represents they are not insolvent or presently the subject of any insolvency proceeding, except as noted on Page 1 of this Agreement.

### LIMITATION OF LIABILITY

Neither Lender nor its assignee shall be liable for any loss or damage to Insured by reason of failure of any insurance company to issue or maintain in-force any of the Policies listed herein, including but not limited to any exercise by Lender of its right of cancellation for such policies, except in the event of willful or intentional misconduct by Lender.

### PRODUCER'S REPRESENTATIONS AND WARRANTIES

Producer hereby represents and warrants as follows: (1) This Agreement was complete as to all of its provisions and disclosures before it was signed by the Borrower or its authorized representative (if permitted by applicable law), Borrower was delivered a completed copy at time of signature, and Borrowers name and address is correct. (2) The signature of Borrower is genuine and Borrower, or Producer under written authorization of Borrower, has full power and authority to enter into this Agreement. (3) The insurance policy(ies) listed in this Agreement are in full force and effect, the policy details are correct as stated herein and Producer is authorized by state authorities and the issuing insurance companies (or their designated general agents) to produce the policy(ies) listed herein. (4) The down payment has been paid by Borrower and delivered to the respective issuing insurance company(ies) (or general agent(s) on their behalf). (5) Producer acknowledges it is NOT an agent or representative of Lender. (6) Unless noted under Schedule of Policies, all policies being financed are cancellable, none are subject to retrospective rating, none are or become fully earned at any time for any reason before the expiration of policy term stated and each premium financed represents the full anticipated premium for policy term. (7) Any lien or claim on funds of Borrower, or relating to the financed policies made by Producer shall be subordinate to Lender until Lender has been paid all amounts due to it under this Agreement. (8) Lender may rely on these representation and warranties and shall hold Lender harmless from, and indemnify Lender against, any loss (up to the Amount Financed plus interest due and collection costs) resulting from errors, omissions or inaccuracies of Producer in preparing this Agreement. (9) To the best of Producer's knowledge, no proceeding(s) in bankruptcy, receivership or insolvency have been instituted or are contemplated by or against the Insured unless so noted on Page 1. (10) If Producer is to receive any compensation from Lender in connection with this Agreement, as permitted by applicable law, Producer has made disclosure to Borrower in accordance with the requirements of applicable law.

MState0819

National Partners
2655 S Le Jeune Road, Suite 800
Coral Gables, FL 33134

If your application for business credit is not approved, you have the right to a written statement of the specific reasons for the decision. To obtain the statement, please contact National Partners, ATTN: Compliance Department, 2655 S Le Jeune Road, Suite 800, Coral Gables, FL 33134 or (800) 506-8901 within 60 days from the date you are notified of our decision. We will send you a written statement of reasons for the decision within 30 days of receiving your request for the statement.

Notice: The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal agency that administers compliance with this law concerning this creditor is the Federal Trade Commission, 600 Pennsylvania Avenue, NW, Washington, DC 20580.

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

# NATIONAL PARTNERS
## FUNDING BREAKDOWN BY POLICY

Borrower Name: My Job Matcher Inc    Quote Number: 43299

Producer Name: Foundershield LLC

| NAME OF INSURANCE COMPANY AND GENERAL AGENT/BROKER | TYPE OF POLICY | POLICY NUMBER | POLICY TOTAL PREMIUM | DOWN PAYMENT AMOUNT | FUNDING AMOUNT |
|---|---|---|---|---|---|
| Tokio Marine Specialty Insurance Company (71757) (C00524) | NON-OWNED AUTO | TBI | $17,142.30 | $2,571.34 | $14,570.96 |
| Philadelphia Indemnity Insurance Company (71753) (C00520) | PACKAGE | TBI | $111,523.55 | $16,728.53 | $94,795.02 |
| Philadelphia Indemnity Insurance Company (71753) (C00520) | UMBRELLA | TBI | $27,247.00 | $4,087.06 | $23,159.94 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | **TOTALS:** | $155,912.85 | $23,386.93 | $132,525.92 |

Please note any specific funding instructions: _____

_____

Document Ref: PNCMV-WDPJJ-5L9ME-ANRZK



## Quote #  43299 - My Job Matcher Inc
## Authorization Agreement for Direct Payments (ACH Debits)

I (we) hereby authorize National Partners hereinafter called COMPANY, to initiate debit entries to my (our):

Account Type:   Checking

indicated below at the depository financial institution named below, hereinafter called DEPOSITORY, and to debit the same to such account.

Depository Name:   My Job Matcher Inc

Routing Number:   ███████

Account Number:   ███████

This Authorization is to remain in full force and effect until COMPANY has received written notification from me (or either of us) of its termination in such time and in such manner as to afford COMPANY and DEPOSITORY a reasonable time to act on it.

Name(s):   **My Job Matcher Inc**

Date:   **3/26/2025**

Signed X: _*Mark Guest*_            Signed X: _*Paul Sloyan*_

**Note: All written authorization must provide that the receiver may revoke the authorization only by notifying the originator in the manner specified in the authorization**

### Attach Voided Check Here

(Tape Voided Check Here)

**DO NOT STAPLE!**

# CERTIFICATE *of* SIGNATURE

**REF. NUMBER**
PNCMV-WDPJJ-5L9ME-ANRZK

**DOCUMENT COMPLETED BY ALL PARTIES ON**
31 MAR 2025 15:45:42 UTC

| SIGNER | TIMESTAMP | SIGNATURE |
|---|---|---|
| **MARK GUEST**<br>EMAIL<br>MARK.GUEST@JOB.COM<br>SHARED VIA<br>LINK | SENT<br>27 MAR 2025 14:52:53 UTC<br>VIEWED<br>27 MAR 2025 15:21:21 UTC<br>SIGNED<br>31 MAR 2025 15:40:52 UTC | *Mark Guest*<br>IP ADDRESS<br>[redacted]<br>LOCATION<br>AUSTIN, UNITED STATES |
| **PAUL SLOYAN**<br>EMAIL<br>PAUL.SLOYAN@JOB.COM<br>SHARED VIA<br>LINK | SENT<br>27 MAR 2025 14:52:53 UTC<br>VIEWED<br>31 MAR 2025 15:34:58 UTC<br>SIGNED<br>31 MAR 2025 15:45:42 UTC | *Paul Sloyan*<br>IP ADDRESS<br>[redacted]<br>LOCATION<br>PARIS, FRANCE |

 Signed with PandaDoc

PAGE 1 OF 1

