**Exhibit 1**

**Org Chart**

17411232



*Figure 1*