## EXHIBIT B

Proposed Sale Order

[To be filed]

17408212/4