IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MY JOB MATCHER, INC., *et al.*,[1] | Case No. 25-11280 (KBO) |
| Debtors. | (Joint Administration Requested) |
| | Re: Docket No. 4 |

**CERTIFICATION OF COUNSEL REGARDING ORDER
(I) AUTHORIZING THE DEBTORS TO REDACT PERSONALLY IDENTIFIABLE
INFORMATION FOR CERTAIN INDIVIDUAL CREDITORS AND PARTIES IN
INTEREST; AND (II) GRANTING RELATED RELIEF**

The undersigned hereby certifies as follows:

1. On July 6, 2025, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Redact Personally Identifiable Information for Certain Individual Creditors and Parties in Interest; and (II) Granting Related Relief* (the "Motion") [Docket No. 4] with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. A hearing on the Motion was held July 8, 2025. Prior to the hearing, the Debtors received comments to the proposed form of order (the "Proposed Order") from the Office of the United States Trustee (the "United States Trustee").

3. The Proposed Order has been revised to correct a scrivener's error.

4. The Debtors request that the Court enter the revised order attached hereto as **Exhibit A** (the "Revised Order"). A redline comparing the Revised Order to the Proposed Order

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: My Job Matcher, Inc. (9880); Job.com-HV, Inc. (DE) (5873); Job.com-HV, Inc. (FL) (5873); Job.com-Fortus, Inc. (6145); Job.com-Endevis, Inc. (1956); Job.com-QCI, Inc. (4364); Princeton One-Job.com, Inc. (4752); and Princeton Search L.L.C. (6163). For purposes of these chapter 11 cases, the Debtors' service address is 1743 Sidewinder Drive, 1st Floor, Park City, Utah 84060.

17419443/1

as filed with the Motion is attached as **Exhibit B**. The United States Trustee does not object to entry of the Revised Order.

5. The undersigned counsel is available should the Court have any concerns with respect to the foregoing, and respectfully requests that the Court enter the Revised Order at its earliest convenience.

| | |
|---|---|
| Dated:  July 8, 2025<br>Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/ Carl N. Kunz, III*<br>Carl N. Kunz, III (DE Bar No. 3201)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail: ckunz@morrisjames.com<br><br>*Proposed Counsel to the Debtors and Debtors in Possession* |