**Exhibit 1**

Notice

17405451

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MY JOB MATCHER, INC., *et al.*,[1] | Case No. 25-11280 (KBO) |
| Debtors. | (Jointly Administered) |
| | Re:  Docket No. 8, __ |

**NOTICE OF ORDER (I) CONFIRMING, RESTATING, AND ENFORCING THE
WORLDWIDE AUTOMATIC STAY, ANTI-DISCRIMINATION PROVISIONS,
AND *IPSO FACTO* PROTECTIONS OF THE BANKRUPTCY CODE,
(II) APPROVING THE FORM AND MANNER OF NOTICE
THEREOF, AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on July 6, 2025 (the "**Petition Date**"), the above-captioned debtors and debtors in possession (the "**Debtors**") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "**Bankruptcy Code**"), commencing the Debtors' chapter 11 cases in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").  These chapter 11 cases are pending before the Honorable Karen B. Owens, United States Bankruptcy Judge, and are being jointly administered under the lead case of *In re My Job Matcher, Inc., et al.*, Case No. 25-11280 (KBO).

**PLEASE TAKE FURTHER NOTICE** that pursuant to, and to the extent set forth in, section 362(a) of the Bankruptcy Code, the commencement of these chapter 11 cases shall operate as a stay, applicable to all persons (including individuals, partnerships, corporations, and other

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: My Job Matcher, Inc. (9880); Job.com-HV, Inc. (DE) (5873); Job.com-HV, Inc. (FL) (5873); Job.com-Fortus, Inc. (6145); Job.com-Endevis, Inc. (1956); Job.com-QCI, Inc. (4364); Princeton One-Job.com, Inc. (4752); and Princeton Search L.L.C. (6163).  For purposes of these chapter 11 cases, the Debtors' service address is 1743 Sidewinder Drive, 1st Floor, Park City, Utah 84060.

17405451

entities and all those acting on their behalf) and all foreign and domestic governmental units (and those acting on their behalf) of:

    a.    the commencement or continuation (including the issuance or employment of process) of a judicial, administrative, or other action or proceeding against the Debtors that was or could have been commenced before the commencement of these chapter 11 cases or to recover a claim against the Debtors that arose before the commencement of these chapter 11 cases;

    b.    the enforcement, against the Debtors or against any property of their estates, of a judgment obtained before the commencement of these chapter 11 cases;

    c.    any act to obtain possession of property of or from the Debtors' estates or to exercise control over property of the estates;

    d.    any act to create, perfect, or enforce any lien against the property of the estates;

    e.    any act to collect, assess, or recover a claim against the Debtors that arose prior to the commencement of these chapter 11 cases;

    f.    the setoff of any debt owing to the Debtors that arose before the commencement of these chapter 11 cases against any claim against the Debtors; and

    g.    the commencement or continuation of a proceeding before the United States Tax Court concerning a tax liability of the Debtors for a taxable period the Court may determine.[2]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the *Order (I) Confirming, Restating, and Enforcing the Worldwide Automatic Stay, Anti-Discrimination Provisions, and Ipso Facto Protections of the Bankruptcy Code, (II) Approving the Form and Manner of Notice Thereof, and (III) Granting Related Relief* (the "**Order**") [Docket No. [●]], entered on July [●], 2025, and attached hereto as **Exhibit A**, interested or affected parties (including, without limitation,

---

[2] Nothing herein shall constitute a waiver of the right to assert any claims, counterclaims, defenses, rights of setoff, or recoupment or any other claims of the Debtors against any party to the above-captioned cases. The Debtors expressly reserve the right to contest any claims which may be asserted against the Debtors.

2

individuals, partnerships, corporations, and other entities and all those acting on their behalf), all persons party to an executory contract or unexpired lease with the Debtors, and all foreign and domestic governmental units (and all those acting on their behalf), are hereby put on notice that they are subject to the Order and must comply with its terms and provisions.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order, notwithstanding a provision in an executory contract or unexpired lease, or in applicable law, any executory contracts or unexpired leases to which the Debtors are party or signatory may not be terminated or modified, and any right or obligation under such contract or lease may not be terminated or modified, at any time after the commencement of these chapter 11 cases because of a provision in such contract or lease that is conditioned on the (i) insolvency or financial condition of any or all of the Debtors or (ii) commencement of these chapter 11 cases. Accordingly, all such counterparties are required to continue to perform their obligations under such leases and contracts during the postpetition period.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order, all foreign and domestic governmental units are prohibited and enjoined from (i) denying, revoking, suspending, or refusing to renew any license, permit, registration, charter, franchise, or other similar grant to; (ii) placing conditions upon such a grant to; or (iii) discriminating against any of the Debtors (or another person with whom the Debtors have been associated) solely because any of the Debtors is a debtor under the Bankruptcy Code, may have been insolvent before or during these chapter 11 cases, or has not paid a debt that is dischargeable in these chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that any entity that seeks to assert a claim, interest, cause of action, or other legal or equitable remedy against, or otherwise exercise any rights

3

17405451

in law or equity against any of the Debtors or their estates must do so in front of the Bankruptcy Court pursuant to the Order, the Bankruptcy Code, and applicable law.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to sections 105(a) and 362(k) of the Bankruptcy Code and rule 9020 of the Federal Rules of Bankruptcy Procedure, among other applicable substantive law and rules of procedure, any person or governmental unit seeking to assert its rights or obtain relief outside of the processes set forth in the Order, the Bankruptcy Code, and applicable law may be subject to proceedings in front of the Bankruptcy Court for failure to comply with the Order and applicable law, including contempt proceedings resulting in fines, sanctions, and punitive damages against the entity and its assets inside the United States.

**PLEASE TAKE FURTHER NOTICE** that additional information regarding these chapter 11 cases, including copies of pleadings filed therein, may be obtained by (i) reviewing the publicly available docket of these chapter 11 cases at http://www/deb.uscourts.gov (PACER login and password required); (ii) accessing the Debtors' publicly available website providing information regarding these chapter 11 cases, located online at https://cases.stretto.com/MyJobMatcher; or (iii) contacting the undersigned proposed counsel for the Debtors.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated:  July __, 2025<br>        Wilmington, Delaware | **MORRIS JAMES LLP**<br><br>*/s/*_____<br>Carl N. Kunz, III (DE Bar No. 3201)<br>Jeffrey R. Waxman (DE Bar No. 4159)<br>Christopher M. Donnelly (DE Bar No. 7149)<br>Samantha L. Rodriguez (DE Bar No. 7524)<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 888-6800<br>Facsimile: (302) 571-1750<br>E-mail:  ckunz@morrisjames.com<br>            jwaxman@morrisjames.com<br>            cdonnelly@morrisjames.com<br>            srodriguez@morrisjames.com<br><br>*Proposed Counsel for Debtors and Debtors-in-Possession* |

## EXHIBIT A

**Order**

17405451