
**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MY JOB MATCHER, INC., *et al.*,[1] | Case No. 25-11280 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 12** |

**CERTIFICATION OF COUNSEL REGARDING INTERIM ORDER (I) AUTHORIZING
THE DEBTORS TO OBTAIN POSTPETITION SENIOR SECURED
SUPERPRIORITY FINANCING, (II) AUTHORIZING THE DEBTORS' LIMITED
USE OF CASH COLLATERAL, (III) GRANTING LIENS AND PROVIDING
CLAIMS WITH SUPERPRIORITY ADMINISTRATIVE EXPENSES STATUS,
(IV) GRANTING ADEQUATE PROTECTION TO THE PREPETITION
SECURED PARTIES, (V) SCHEDULING A FINAL HEARING,
AND (VI) GRANTING RELATED RELIEF**

The undersigned hereby certifies as follows:

1.    On July 6, 2025, the above-captioned debtors and debtors-in-possession (the "Debtors") filed the *Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Liens and Providing Claims with Superpriority Administrative Expenses Status, (IV) Granting Adequate Protection to the Prepetition Secured Parties, (V) Scheduling a Final Hearing, and (IV) Granting Related Relief* (the "Motion") [Docket No. 12] with the United States Bankruptcy Court for the District of Delaware (the "Court").

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  My Job Matcher, Inc. (9880); Job.com-HV, Inc. (DE) (5873); Job.com-HV, Inc. (FL) (5873); Job.com-Fortus, Inc. (6145); Job.com-Endevis, Inc. (1956); Job.com-QCI, Inc. (4364); Princeton One-Job.com, Inc. (4752); and Princeton Search L.L.C. (6163).  For purposes of these chapter 11 cases, the Debtors' service address is 1743 Sidewinder Drive, 1st Floor, Park City, Utah 84060.

2.        A hearing with respect to interim approval of the Motion was held July 8, 2025 (the

"Hearing").  At the Hearing, the Court and the Office of the United States Trustee (collectively,

the "Parties") noted certain revisions to the proposed form of order ("Proposed Interim Order").

3.        The Proposed Order has been revised to incorporate the Parties' comments.

4.        The Debtors request that the Court enter the revised order attached hereto as

**Exhibit A** (the "Revised Interim Order").  A redline comparing the Revised Interim Order to the

Proposed Interim Order as filed with the Motion is attached as **Exhibit B**. The United

States Trustee does not object to entry of the Revised Interim Order.

5.        The undersigned counsel is available should the Court have any concerns with

respect to the foregoing, and respectfully requests that the Court enter the Revised Interim Order

at its earliest convenience.

Dated:  July 8, 2025
    Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (DE Bar No. 4159)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com

*Proposed Counsel to the Debtors and Debtors in Possession*

2

17419524/1