**Annex 3**

**DIP Budget**

17408291

## Exhibit 1 – Initial DIP Budget

| Week # | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 13-Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Beginning | *Filing | 7/7 | 7/14 | 7/21 | 7/28 | 8/4 | 8/11 | 8/18 | 8/25 | 9/1 | 9/8 | 9/15 | 9/22 | 9/29 | Total |
| **Receipts** | | | | | | | | | | | | | | | |
| Tech Revenue | | 17,544 | 15,674 | 14,529 | 15,912 | 15,915 | 15,507 | 15,466 | 15,700 | 15,647 | 15,580 | 15,598 | 15,631 | 18,000 | 206,703 |
| AR Collections (Current Invoices) | | - | - | - | - | 121,309 | 136,093 | 132,929 | 134,957 | 152,730 | 160,586 | 155,785 | 163,797 | 167,073 | 1,325,260 |
| AR Collections (Aged Out) | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 130,000 |
| Other Income | | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 130,000 |
| **Total Receipts:** | | 37,544 | 35,674 | 34,529 | 35,912 | 157,223 | 171,600 | 168,395 | 170,657 | 188,377 | 196,166 | 191,383 | 199,429 | 205,073 | 1,791,962 |
| **Disbursements** | | | | | | | | | | | | | | | |
| Payroll & Benefits (External) | | 123,255 | 139,334 | 139,406 | 139,302 | 141,974 | 140,648 | 145,997 | 145,997 | 146,877 | 146,877 | 146,877 | 147,291 | 150,237 | 1,854,075 |
| Payroll & Benefits (Internal) | | - | 82,444 | - | 82,444 | - | 82,444 | - | 82,444 | - | 82,444 | - | 82,444 | - | 494,662 |
| Taxes & Insurance | | 54,000 | - | 30,370 | - | 13,817 | 570 | 30,370 | - | 13,817 | 570 | 30,370 | - | 13,817 | 187,702 |
| Other Corporate / Employee Expenses | | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Operations | | 73,500 | 98,500 | 73,500 | 73,500 | 80,500 | 73,500 | 98,500 | 73,500 | 73,500 | 76,631 | 98,500 | 73,500 | 73,500 | 1,040,631 |
| Critical Vendors (Pre Petition) | | - | 266,667 | - | - | 533,333 | - | - | - | - | - | - | - | - | 800,000 |
| **Total Disbursements:** | | 250,755 | 586,944 | 243,276 | 295,246 | 769,625 | 297,162 | 274,867 | 301,941 | 234,194 | 306,522 | 275,747 | 220,791 | 319,998 | 4,377,069 |
| **Operating Cash Flow** | | (213,211) | (551,270) | (208,747) | (259,334) | (612,401) | (125,562) | (106,472) | (131,284) | (45,817) | (110,356) | (84,364) | (21,363) | (114,925) | (2,585,107) |
| **Cumulative Operating Cash Flow** | | (213,211) | (764,481) | (973,228) | (1,232,562) | (1,844,963) | (1,970,525) | (2,076,997) | (2,208,281) | (2,254,098) | (2,364,455) | (2,448,819) | (2,470,182) | (2,585,107) | (2,585,107) |
| *Company Advisors* | | | | | | | | | | | | | | | |
| CMA | | 31,154 | 31,154 | 31,154 | 31,154 | 31,154 | 31,154 | 31,154 | 31,154 | 31,154 | 31,154 | 31,154 | 31,154 | 31,154 | 405,000 |
| CMA (Emergence) | | - | - | - | - | - | - | - | - | - | - | - | - | 325,000 | 325,000 |
| Independent Director | | - | - | - | 22,500 | - | - | - | - | 22,500 | - | - | - | 22,500 | 67,500 |
| Morris James | | 69,231 | 69,231 | 69,231 | 69,231 | 69,231 | 69,231 | 69,231 | 69,231 | 69,231 | 69,231 | 69,231 | 69,231 | 69,231 | 900,000 |
| Corporate Counsel | | - | - | - | - | - | - | - | - | - | - | - | - | 200,000 | 200,000 |
| Investment Banker - Configure | | - | 55,000 | - | - | - | - | 55,000 | - | - | - | 55,000 | - | - | 165,000 |
| Investment Banker (Emergence) | | - | - | - | - | - | - | - | - | - | - | - | - | 450,000 | 450,000 |
| Stretto | | 15,231 | 15,231 | 15,231 | 15,231 | 15,231 | 15,231 | 15,231 | 15,231 | 15,231 | 15,231 | 15,231 | 15,231 | 15,231 | 198,000 |
| **Sub-Total Company Advisors:** | | 115,615 | 170,615 | 115,615 | 138,115 | 115,615 | 115,615 | 170,615 | 115,615 | 138,115 | 115,615 | 170,615 | 115,615 | 338,115 | 2,710,500 |
| *Lender Advisors* | | | | | | | | | | | | | | | |
| Raicht | | 25,000 | - | - | - | - | - | 25,000 | - | - | 25,000 | - | - | 25,000 | 125,000 |
| Chipman Brown | | - | - | - | - | 10,000 | - | - | - | 10,000 | - | - | - | 10,000 | 30,000 |
| Other | | 43,000 | - | - | - | - | - | - | - | - | - | - | - | - | 53,000 |
| **Sub-Total Lender Advisors:** | | 68,000 | - | - | 25,000 | 10,000 | - | 25,000 | - | 10,000 | 25,000 | - | - | 35,000 | 208,000 |
| **UCC Advisors** | | - | - | - | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 40,000 | 400,000 |
| **Trustee Fees & Other Expenses** | | - | - | - | - | - | - | - | - | - | - | - | - | 61,565 | 61,565 |
| **Total Restructuring Costs:** | | 183,615 | 170,615 | 115,615 | 203,115 | 165,615 | 155,615 | 235,615 | 155,615 | 188,115 | 180,615 | 210,615 | 155,615 | 413,115 | 3,380,065 |
| **Beginning Cash:** | | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 |
| Net Cash Flow | | (396,826) | (721,885) | (324,362) | (462,449) | (778,017) | (281,178) | (342,088) | (286,899) | (233,933) | (290,972) | (294,980) | (176,978) | (528,040) | (5,965,171) |
| **Net Cash** | | (346,826) | (671,885) | (274,362) | (412,449) | (728,017) | (231,178) | (292,088) | (236,899) | (183,933) | (240,972) | (244,980) | (126,978) | (478,040) | (5,915,171) |
| **DIP Finance Needed:** | | 396,826 | 721,885 | 324,362 | 462,449 | 778,017 | 281,178 | 342,088 | 286,899 | 233,933 | 290,972 | 294,980 | 176,978 | 528,040 | 5,118,607 |
| **Ending Cash Balance:** | | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | - |
| *Roll-Up:* | | | | | 3,865,148 | | | | | | | | | | |

17417141/3