# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MY JOB MATCHER, INC., *et al.*,[1] | Case No. 25-11280 (KBO) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JULY 28, 2025 AT 2:00 P.M. (ET)

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.**
>
> **Please refer to Judge Owens's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-karen-b-owens) and the Court's website (https://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Owens's expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourt Appearances tool available on the Court's website.**

**MATTERS UNDER CERTIFICATION OF COUNSEL (COC):**

1. Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 345, 363, 1107(a), and 1108 of the Bankruptcy Code, Bankruptcy Rule 2015, and Local Rule 2015-1, (A) Authorizing and Approving Continued Use of Prepetition Bank Accounts, (B) Authorizing Use of Prepetition Bank Accounts and Business Forms, (C) Temporarily Suspending the Requirements of Section 345(b) on an Interim Basis, (D) Approving, Upon Entry of a Final Order, the Debtors' Use of Certain Garnished Funds, and (E) Granting Certain Related Relief [Filed July 6, 2025; Docket No. 5].

    **Objection Deadline:** July 21, 2025 at 4:00 p.m. (ET).

    **Objection/Response(s) Received:** None at this time.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: My Job Matcher, Inc. (9880); Job.com-HV, Inc. (DE) (5873); Job.com-HV, Inc. (FL) (5873); Job.com-Fortus, Inc. (6145); Job.com-Endevis, Inc. (1956); Job.com-QCI, Inc. (4364); Princeton One-Job.com, Inc. (4752); and Princeton Search L.L.C. (6163).  For purposes of these chapter 11 cases, the Debtors' service address is 1743 Sidewinder Drive, 1st Floor, Park City, Utah 84060.

**Related Documents:**

- A. Declaration of Robert J. Corliss in Support of Chapter 11 Petitions and First Day Pleadings [Filed July 6, 2025; Docket No. 13].

- B. Interim Order (A) Authorizing and Approving Continued Use of Prepetition Bank Accounts, (B) Authorizing Use of Prepetition Bank Accounts and Business Forms, (C) Temporarily Suspending the Requirements of Section 345(b) on an Interim Basis, (D) Approving, Upon Entry of a Final Order, the Debtors' Use of Certain Garnished Funds, and (E) Granting Certain Related Relief [Filed July 8, 2025; Docket No. 33].

**Status:** An official committee of unsecured creditors was formed on July 23, 2025, the Debtors will submit a proposed final order under certification of counsel after the Committee's proposed counsel has a chance to review and provide comments.

2. Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 363(b), 507(a)(8), 541, 1107(a), and 1108 of the Bankruptcy Code, (A) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations, (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (C) Scheduling a Final Hearing [Filed July 6, 2025; Docket No. 6].

   **Objection Deadline:** July 21, 2025 at 4:00 p.m. (ET).

   **Objection/Response(s) Received:** None at this time

   **Related Documents:**

   - A. Declaration of Robert J. Corliss in Support of Chapter 11 Petitions and First Day Pleadings [Filed July 6, 2025; Docket No. 13].

   - B. Interim Order (A) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and Related Obligations, (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (C) Scheduling a Final Hearing [Filed July 8, 2025; Docket No. 35].

   **Status:** An official committee of unsecured creditors was formed on July 23, 2025, the Debtors will submit a proposed final order under certification of counsel after the Committee's proposed counsel has a chance to review and provide comments.

3. Debtors' Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and Service Providers; (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (C) Granting Related Relief [Filed July 6, 2025; Docket No. 7].

   **Objection Deadline:** July 21, 2025 at 4:00 p.m. (ET).

**Objection/Response(s) Received:** None at this time

**Related Documents:**

A. Declaration of Robert J. Corliss in Support of Chapter 11 Petitions and First Day Pleadings [Filed July 6, 2025; Docket No. 13].

B. Interim Order (A) Authorizing the Debtors to Pay Certain Prepetition Claims of Critical Vendors and Service Providers; (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (C) Granting Related Relief [Filed July 8, 2025; Docket No. 36].

**Status:** An official committee of unsecured creditors was formed on July 23, 2025, the Debtors will submit a proposed final order under certification of counsel after the Committee's proposed counsel has a chance to review and provide comments.

4. Debtors' Motion for Entry of Interim and Final Orders (I) Compelling Persons Having Possession, Custody, and/or Control of the Debtors' Records to Turn Over Records and (II) Granting Related Relief [Filed July 6, 2025; Docket No. 9].

    **Objection Deadline:** July 21, 2025 at 4:00 p.m. (ET).

    **Objection/Response(s) Received:** None at this time

    **Related Documents:**

    A. Declaration of Robert J. Corliss in Support of Chapter 11 Petitions and First Day Pleadings [Filed July 6, 2025; Docket No. 13].

    B. Interim Order (I) Compelling Persons Having Possession, Custody, or Control of the Debtors' Records to Turn Over Records and (II) Granting Related Relief [Filed July 8, 2025; Docket No. 38].

    **Status:** An official committee of unsecured creditors was formed on July 23, 2025, the Debtors will submit a proposed final order under certification of counsel after the Committee's proposed counsel has a chance to review and provide comments.

5. Debtors' Motion for Interim and Final Orders, Pursuant to Sections 105(a), 363, and 364 of the Bankruptcy Code, (A) Authorizing (I) Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection with Insurance Programs, Including Payment of Policy Premiums and Broker Fees, and (II) Continuation of Insurance Premium Financing Programs; (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto, and (C) Scheduling a Final Hearing [Filed July 6, 2025; Docket No. 10].

**Objection Deadline:** July 21, 2025 at 4:00 p.m. (ET).

**Objection/Response(s) Received:** None at this time

**Related Documents:**

A. Declaration of Robert J. Corliss in Support of Chapter 11 Petitions and First Day Pleadings [Filed July 6, 2025; Docket No. 13].

B. Interim Order (A) Authorizing (I) Payment of Prepetition Obligations Incurred in the Ordinary Course of Business in Connection With Insurance Programs, Including Payment of Policy Premiums and Broker Fees, and (II) Continuation of Insurance Premium Financing Programs; (B) Authorizing Banks to Honor and Process Check and Electronic Transfer Requests Related Thereto; and (III) Scheduling a Final Hearing [Filed July 8, 2025; Docket No. 39].

**Status:** An official committee of unsecured creditors was formed on July 23, 2025, the Debtors will submit a proposed final order under certification of counsel after the Committee's proposed counsel has a chance to review and provide comments.

6. Debtors' Motion for Entry of Interim and Final Orders, Pursuant to Sections 105(a), 363(b), 507(a)(4), and 507(a)(5) of the Bankruptcy Code, (A) Authorizing the Debtors to Pay and Honor Certain (I) Prepetition Wages, Benefits, and Other Compensation Obligations; (II) Prepetition Employee Business Expenses; and (III) Workers' Compensation Obligations; (B) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Obligations; and (C) Granting Related Relief [Filed July 6, 2025; Docket No. 11].

   **Objection Deadline:** July 21, 2025 at 4:00 p.m. (ET).

   **Objection/Response(s) Received:** None at this time

   **Related Documents:**

   A. Declaration of Robert J. Corliss in Support of Chapter 11 Petitions and First Day Pleadings [Filed July 6, 2025; Docket No. 13].

   B. Certification of Counsel Regarding Amended Interim Order, Pursuant to Sections 105(a), 363(b), 507(a)(4), and 507(a)(5) of the Bankruptcy Code, (A) Authorizing the Debtors to Pay and Honor Certain (I) Prepetition Wages, Benefits, and Other Compensation Obligations; (II) Prepetition Employee Business Expenses; and (III) Workers Compensation Obligations; (B) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Obligations; and (C) Granting Related Relief [Filed July 8, 2025; Docket No. 28].

   C. Amended Interim Order (A) Authorizing the Debtors to Pay and Honor Certain

(I) Prepetition Wages, Benefits, and Other Compensation Obligations; (II) Prepetition Employee Business Expenses; and (III) Workers' Compensation Obligations; (B) Authorizing Banks to Honor and Process Checks and Transfers Related to Such Obligations; and (C) Granting Related Relief [Filed July 8, 2025; Docket No. 32].

**Status:** An official committee of unsecured creditors was formed on July 23, 2025, the Debtors will submit a proposed final order under certification of counsel after the Committee's proposed counsel has a chance to review and provide comments.

**MATTERS GOING FORWARD:**

7. Motion of the Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Liens and Providing Claims with Superpriority Administrative Expenses Status, (IV) Granting Adequate Protection to the Prepetition Secured Parties, (V) Scheduling a Final Hearing, and (IV) Granting Related Relief [Filed July 6, 2025; Docket No. 12].

   **Objection Deadline:** July 21, 2025 at 4:00 p.m. (ET); extended through July 22, 2025 at 11:59 p.m. (ET) for SOJA Ventures, LLC and Lily Grace Investments PTY Ltd.

   **Objection/Response(s) Received:**

   A. Omnibus Objection of Venture Debt, LLC and SOJA Ventures, LLC to Debtors' (I) Motion for Entry of a Final Order Approving Debtor-in-Possession Financing and (II) Motion for Entry of an Order Approving Bidding Procedures and Stalking Horse Agreement [Filed July 22, 2025; Docket No. 67].

   B. Objection to Debtor in Possession Financing Filed by Lily Grace Investments PTY Ltd [Filed July 22, 2025; Docket No. 74].

   C. Amended Objection to Debtor in Possession Financing Filed by Lily Grace Investments PTY Ltd [Filed July 23, 2025; Docket No. 79].

   **Related Documents:**

   A. Declaration of Robert J. Corliss in Support of Chapter 11 Petitions and First Day Pleadings [Filed July 6, 2025; Docket No. 13].

   B. Certification of Counsel Regarding Interim Order (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors Limited Use of Cash Collateral, (III) Granting Liens and Providing Claims with Superpriority Administrative Expenses Status, (IV) Granting Adequate Protection to the Prepetition Secured Parties, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Filed July 8, 2025; Docket No. 42].

    C. Interim Order (I) Authorizing the Debtors to Obtain Postpetition Senior Secured Superpriority Financing, (II) Authorizing the Debtors' Limited Use of Cash Collateral, (III) Granting Liens and Providing Claims With Superpriority Administrative Expenses Status, (IV) Granting Adequate Protection to the Prepetition Secured Parties, (V) Scheduling a Final Hearing, and (VI) Granting Related Relief [Filed July 8, 2025; Docket No. 43].

**Status:** This matter is going forward.

8. Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures and Assumption and Assignment Procedures, and the Form and Manner of Notice Thereof, and (III) Granting Related Relief; and (B) an Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [Filed July 8, 2025; Docket No. 24].

**Objection Deadline:** July 21, 2025 at 4:00 p.m. (ET); extended through July 22, 2025 at 11:59 p.m. (ET) for SOJA Ventures, LLC and Lily Grace Investments PTY Ltd.

**Objection/Response(s) Received:**

    A. Omnibus Objection of Venture Debt, LLC and SOJA Ventures, LLC to Debtors' (I) Motion for Entry of a Final Order Approving Debtor-in-Possession Financing and (II) Motion for Entry of an Order Approving Bidding Procedures and Stalking Horse Agreement [Filed July 22, 2025; Docket No. 67].

    B. Limited Objection to Bid Procedures Filed by Lily Grace Investments PTY Ltd [Filed July 22, 2025; Docket No. 75].

    C. Amended Limited Objection to Bid Procedures Filed by Lily Grace Investments PTY Ltd [Filed July 23, 2025; Docket No. 80].

**Related Documents:**

    A. Notice of Debtors' Motion for Entry of (A) an Order (I) Scheduling a Hearing on the Approval of the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, and the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Approving Certain Bidding Procedures and Assumption and Assignment Procedures, and the Form and Manner of Notice

Thereof, and (III) Granting Related Relief; and (B) an Order (I) Approving Asset Purchase Agreement, (II) Authorizing the Sale of All or Substantially All of the Debtors' Assets Free and Clear of All Encumbrances Other Than Assumed Liabilities and Permitted Encumbrances, (III) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (IV) Granting Related Relief [Filed July 8, 2025; Docket No. 41].

B. Letter From Creditor Michael Maurizio Regarding Debtor's Intellectual Property [Filed July 22, 2025; Docket No. 76].

**Status:** This matter is going forward.

Dated: July 24, 2025
Wilmington, Delaware

**MORRIS JAMES LLP**

*/s/ Jeffrey R. Waxman*
Carl N. Kunz, III (DE Bar No. 3201)
Jeffrey R. Waxman (DE Bar No. 4159)
Christopher M. Donnelly (DE Bar No. 7149)
Samantha L. Rodriguez (DE Bar No. 7524)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: ckunz@morrisjames.com
          jwaxman@morrisjames.com
          cdonnelly@morrisjames.com
          srodriguez@morrisjames.com

*Proposed Counsel for Debtors and Debtors-in-Possession*