# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MY JOB MATCHER, INC, *et al.*,[1] | ) | Case No. 25-11280 (KBO) |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Greenberg Traurig, LLP hereby enters its appearance in the above-captioned cases as proposed counsel for Official Committee of Unsecured Creditors (the "**Committee**") pursuant to 11 U.S.C. § 1109(b) and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that further copies of all notices and pleadings given or filed in the above-captioned cases be given to and served upon the following at the addresses listed below:

| | |
|---|---|
| GREENBERG TRAURIG, LLP | GREENBERG TRAURIG, LLP |
| Dennis A. Meloro | Shari L. Heyen |
| 222 Delaware Avenue | Emily Nasir |
| Suite 1600 | 1000 Louisiana Street |
| Wilmington, DE 19801 | Suite 6700 |
| Telephone: (302) 661-7000 | Houston, TX 77002 |
| Email: Dennis.Meloro@gtlaw.com | Telephone: (713) 374-3535 |
| | Email: Shari.Heyen@gtlaw.com |
| | Emily.Nasir@gtlaw.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: My Job Matcher, Inc. (9880); Job.com-HV, Inc. (DE) (5873); Job.com-HV, Inc. (FL) (5873); Job.com-Fortus, Inc. (6145); Job.com-Endevis, Inc. (1956); Job.com-QCI, Inc. (4364); Princeton One-Job.com, Inc. (4752); and Princeton Search L.L.C. (6163). For purposes of these chapter 11 cases, the Debtors' service address is 1743 Sidewinder Drive, 1st Floor, Park City, Utah 84060.

transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in the above-referenced cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit is intended nor shall be deemed to waive (i) any right to have final orders in non-core matters entered only after de novo review; (ii) any right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) any right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Committee are or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

| | |
|---|---|
| Dated: July 24, 2025 | **GREENBERG TRAURIG, LLP** |
| | |
| | */s/ Dennis A. Meloro* |
| | Dennis A. Meloro (DE Bar No. 4435) |
| | 222 Delaware Avenue, Suite 1600 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 661-7000 |
| | Email: Dennis.Meloro@gtlaw.com |
| | |
| | -and- |
| | |
| | Shari L. Heyen |
| | Emily Nasir |
| | GREENBERG TRAURIG, LLP |
| | 1000 Louisiana Street, Suite 6700 |
| | Houston, TX 77002 |
| | Telephone: (713) 374-3535 |
| | Email: Shari.Heyen@gtlaw.com |
| | Emily.Nasir@gtlaw.com |
| | |
| | *Proposed Counsel to Official Committee of Unsecured Creditors* |