**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MY JOB MATCHER, INC., *et al.*,[1] | Case No. 25-11280 (KBO) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Dylan P. Dickerson, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtor in the above-captioned case.

On July 24, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via overnight mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of Agenda of Matters Scheduled for Hearing on July 28, 2025 at 2:00 P.M. (ET)** (Docket No. 83)

In addition to the methods of service set forth herein, parties who have requested electronic notification of filings via the Bankruptcy Court's CM/ECF system were sent the above referenced document via electronic service.

Dated: July 25, 2025

*Dylan Dickerson*
Dylan P. Dickerson

State of Colorado      )
                       ) SS.
County of Arapahoe     )

Subscribed and sworn before me this 25th day of July 2025 by Dylan P. Dickerson.

*Briannica Briggs*
(Notary's official signature)

BRIANNICA BRIGGS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20254000467
MY COMMISSION EXPIRES JAN. 07, 2029

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: My Job Matcher, Inc. (9880); Job.com-HV, Inc. (DE) (5873); Job.com-HV, Inc. (FL) (5873); Job.com-Fortus, Inc. (6145); Job.com-Endevis, Inc. (1956); Job.com-QCI, Inc. (4364); Princeton One-Job.com, Inc. (4752); and Princeton Search L.L.C. (6163). For purposes of these chapter 11 cases, the Debtors' service address is 1743 Sidewinder Drive, 1st Floor, Park City, Utah 84060.

# **<u>Exhibit A</u>**

Document Ref: 2YUGW-CFOEP-HHWMK-AUQYJ



**Exhibit A**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| AHS Staffing | Attn: Zachary Tobolowsky | 2200 Ross Avenue, Suite 5200 | | Dallas | TX | 75201 | |
| AHS Staffing  LLC | Attn: Melissa Goyer | 3009 Astoria Ct. | | Edmond | OK | 73034 | |
| Alabama Department of Revenue | Sales & Use Tax Division | PO Box 327790 | | Montgomery | AL | 36132-7790 | |
| Alabama Office of the AG | Attn: Legal Department | 501 Washington Ave | | Montgomery | AL | 36104 | |
| Andrew Churchill | | Address Redacted | | | | | |
| Ankura Trust Company LLC | Attn: Beth Micena and Krista Gulalo | 140 Sherman Street | 4th Floor | Fairfield | CT | 06824 | |
| Anti-Trust Div US Dept of Justice | Attn: Legal Department | 950 Pennsylvania Ave  NW | | Washington | DC | 20530 | |
| Arizona Department of Revenue | Transaction Privilege Tax (TPT) | PO Box 29010 | | Phoenix | AZ | 85038-9010 | |
| Bell & Associates Ltd | Attn: Graeme Bell | 38 Pittengullies Brae | | Peterculter | KS | AB14 0QU | United Kingdom |
| Breakout Capital Fund IV LLC | Attn: Legal Department | 1775 Tysons Blvd | 5th floor | McLean | VA | 22102 | |
| Breakout Factoring Sec Agreement | Attn: M Wilson and D Lanzon | 1775 Tysons Blvd | 5th floor | McLean | VA | 22102 | |
| Bullhorn Inc | Attn: Ustav Saini | 100 Summer St. | 17th Floor | Boston | MA | 02110 | |
| CA Dept of Tax and Fee Admin | Attn: Legal Department | PO Box 942879 | | Sacramento | CA | 94279-6001 | |
| CA Office of the AG | Attn: Legal Department | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| Caldwell Intellectual Property Law | Attn: Ashleigh Bell | 200 Clarendon Street | 59th Floor | Boston | MA | 02116 | |
| Cary Levine | | Address Redacted | | | | | |
| Chipman Brown Cicero & Cole LLP | Attn: William E. Chipman Jr. | 1313 N. Market St. | Suite 5400 | Wilmington | DE | 19801 | |
| Chubb Group of Insurance Companies | Attn: Joseph Franzese | 550 Madison Avenue | 10th Floor | New York | NY | 10022 | |
| Clear Thought Solutions LLC | Attn: Legal Department | 800 Pinner Weald Way | #202 | Cary | NC | 27513 | |
| Coalition | Attn: Coalition Claims | 55 2nd St | Suite 2500 | San Francisco | CA | 94105 | |
| Coalition | Attn: William Cilente | 20 N Martingale Road | Suite 100 | Schaumburg | IL | 60173 | |
| Cogency Global Inc | Attn: Legal Department | 600 South 2nd St | Suite 404 | Springfield | IL | 62704 | |
| Colorado Department of Revenue | Sales Tax Division | PO Box 17087 | | Denver | CO | 80217-0087 | |
| Commercial Investigations | Attn: Elliot Hallak | 622 Loudon Road | Suite 2021 | Latham | NY | 12110 | |
| Commercial Investigations LLC | c/o Harris Beach PLLC | Attn: Elliot Hallack & DiBenedetto | 677 Broadway Suite 1101 | Albany | NY | 12207 | |
| Core Cloud LLC | Attn: M Chodisetty & Sai Brugumalla | 22583 Norwalk SQ | | Ashburn | VA | 20148 | |
| Corporation Service Company | Attn: Legal Department | 801 Adlai Stevenson Dr | | Springfield | IL | 62703 | |
| Corporation Service Company | Attn: Legal Department | PO Box 2576 | | Springfield | IL | 62708 | |
| Counsel to Venture Debt, LLC and SOJA Ventures, LLC | c/o Bayard  P.A. | 600 North King Street Ste. 400 | Attn: G Finizio  & S Adler | Wilmington | DE | 19801 | |
| Counsel to Venture Debt, LLC and SOJA Ventures, LLC | c/o  Varnum LLP | 333 Bridge St Northwest Ste 1700 | Attn: Trent W. Huskey | Grand Rapids | MI | 49504 | |
| Counsel to Venture Debt, LLC and SOJA Ventures, LLC | c/o  Varnum LLP | 481 Pierce Street  Suite 300 | Attn: Brendan G. Best | Birmingham | MI | 48009 | |
| Crosslake Technologies LLC | Attn: Matthew Lehigh CFO | 5605 Carnegie Blvd | Suite 175 | Charlotte | NC | 28209 | |
| CSC Gloal/Wilmington | Attn: Linda Snook | 251 Little Falls Drive | | Wilmington | DE | 19808 | |
| CT Corporation | Attn: Eric Edwards | 4400 Easton Common Way | Suite 125 | Columbus | OH | 43219 | |
| CT Department of Revenue Services | Attn: Legal Department | 450 Columbus Blvd | | Hartford | CT | 06103 | |
| Customers Bank | Attn: Legal Department | 40 General Warren Blvd | Ste 200 | Malvern | PA | 19355 | |
| Daddy Recruiter LLP | Attn: Nab Das | M-03 Lower Ground Floor | Green Park Extention | New Delhi | DH | 110016 | India |
| Delaware Department of Justice | Attn: Legal Department | Carvel State Office Building | 820 N French St | Wilmington | DE | 19801 | |
| Delaware Division of Revenue | Attn: Legal Department | Carvel State Office Building | 820 N French St | Wilmington | DE | 19801 | |
| Delaware State Treasury | Attn: Legal Department | 820 Silver Lake Blvd. Suite 100 | | Dover | DE | 19904 | |
| Dellenbach Venture Counsel Ltd. | Attn: Zachary Dark | 5140 Business Center Drive | Suite 230 | Fairfield | CA | 94534 | |
| DLA Piper LLP (US) | Attn: Lindsay Tilocco | 444 W Lake Street | Suite 900 | Chicago | IL | 60606 | |
| Doo-Istvan Alfedi | Attn: Dev Stahlkopf | 170 West Tasman Drive | | San Jose | CA | 95134 | |
| EAN Services LLC | Attn: Jean Eichacker | 600 Corporate Park Drive | | St. Louis | MO | 63105 | |
| Economic Modeling LLC dba Lightcast | Attn: Jennie Bass | 232 Almon St. | | Moscow | ID | 83843 | |
| Endurance American Specialty Insur. | Attn: Legal Department | 1221 Avenue of the Americas | | New York | NY | 10020 | |
| Environmental Protection Agency | Attn: Jeffrey M. Prieto | 1200 Pennsylvania Ave | | Washington | DC | 20460 | |
| Executive Office for US Attorneys | United States Department of Justice | 950 Pennsylvania Ave, NW | Room 2242 | Washington | DC | 20530-0001 | |
| Falcon SOJA Ventures Investment LLC | Attn: David Hulshof | 747 Third Ave | 11th Floor | New York | NY | 10017 | |
| Federal Trade Commission | Attn: Legal Department | 600 Pennsylvania Ave  NW | | Washington | DC | 20580 | |
| First Corporate Solutions | Attn: Legal Department | 914 S Street | | Sacramento | CA | 95811 | |
| Florida Department of Revenue | Attn: Legal Department | 5050 W Tennessee St | | Tallahassee | FL | 32399-0125 | |
| Florida Office of the AG | Attn: Legal Department | The Capitol | | Tallahassee | FL | 32399 | |
| Geoffrey T. Raicht  Esquire | c/o Geoffrey T. Raicht  PC | 41 Purdy Avenue PO Box 1074 | | Rye | NY | 10580 | |
| Geoffrey T. Raicht PC | Attn: Legal Department | 99 Biltmore Ave | | Rye | NY | 10580 | |
| Georgia Department of Revenue | Sales & Use Tax Division | PO Box 105296 | | Atlanta | GA | 30348 | |
| Georgia Office of the AG | Attn: Legal Department | 40 Capitol Sq SW | | Atlanta | GA | 30334 | |
| Gravitas Tech LLC | Attn: Michael Greer | 12900 Metcalf Ave | Ste 190 | Overland Park | KS | 66213 | |
| GT Partners Private Credit Finance | Attn: Scott Warner | 18952 MacArthur Blvd | Suite 100-101 | Irvine | CA | 92612 | |
| GT Partners; GT Monterey et al. | c/o Allen Overy Sharman Sterling US | Attn: Joseph Badtke-Berkow | 599 Lexington Avenue | New York | NY | 10022-6099 | |
| GT Partners; GT Monterey et al. | c/o Chipman Brown Cicero & Cole LLP | 1313 N Market St Ste 5400; | Hercules Plaza; Mark Olivere et al. | Wilmington | DE | 19801 | |

In re: My Job Matcher, Inc., et al.
Case No. 25-11280 (KBO)



**Exhibit A**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| GT Partners; GT Monterey et al. | c/o Geoffrey T. Raicht PC | 41 Purdy Ave; PO Box 1074 | Attn: Geoffrey T. Raicht | Rye | NY | 10580 | |
| Harbinger Systems Private Limited | c/o McGinnis Lochridge LLP | 1111 W 6th St Suite 400 | Attn: Austin Jones & Jeena Piriano | Austin | TX | 78703 | |
| Illinois Department of Revenue | Retailers' Occupation Tax Section | PO Box 19013 | | Springfield | IL | 62794-9013 | |
| Illinois Office of the AG | Attn: Legal Department | James R. Thompson Center | 100 W Randolph St | Chicago | IL | 60601 | |
| Indeed Inc. | Attn: Ron Means | 200 W. 6th Street | | Austin | TX | 78701 | |
| Indiana Department of Revenue | Attn: Legal Department | PO Box 7218 | | Indianapolis | IN | 46207-7218 | |
| Indiana Office of the AG | Attn: Legal Department | Indiana Government Center South | 302 W Washington St 5th Floor | Indianapolis | IN | 46204 | |
| Internal Revenue Service | Attn: Legal Department | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Iowa Department of Revenue | Sales & Use Tax Section | PO Box 10412 | | Des Moines | IA | 50306-0412 | |
| Job.com-Team.AI Inc. | c/o Vcorp Agent Services Inc. | 108 W. 13th Street | Suite 100 | Wilmington | DE | 19801 | |
| Kansas Department of Revenue | Sales Tax Division | 915 SW Harrison St | | Topeka | KS | 66612-1588 | |
| Kansas Office of the AG | Attn: Legal Department | 120 SW 10th Ave | 2nd Floor | Topeka | KS | 66612 | |
| Kentucky Department of Revenue | Sales and Use Tax Branch | PO Box 181 | | Frankfort | KY | 40602-0181 | |
| Kentucky Office of the AG | Attn: Legal Department | Capitol Building | 700 Capitol Ave Suite 118 | Frankfort | KY | 40601 | |
| Lily Grace Investments PTY LTD | Attn: Sean O' Mera | 6 Heaton Ave. | | Elwood 3184 | | | Australia |
| Lily Grace Investments PTY Ltd | c/o K&L Gates LLP | 301 Hillsborough Street Suite 1200 | Attn: A. Lee Hogewood III Esq. | Raleigh | NC | 27603 | |
| Lily Grace Investments PTY Ltd | c/o K&L Gates LLP | 600 N. King Street Suite 901 | Attn: Matthew B. Goeller Esq. | Wilmington | DE | 19801 | |
| LinkedIn | Attn: Rodolfo Gaba | 62228 Collections Center Drive | | Chicago | IL | 60693-0622 | |
| Louisiana Department of Revenue | Sales Tax Division | PO Box 3138 | | Baton Rouge | LA | 70821-3138 | |
| Louisiana Office of the AG | Attn: Legal Department | 1885 N Third St | | Baton Rouge | LA | 70802 | |
| Lucosky Brookman LLP | Attn: Joseph Lucosky | 111 Broadway | Suite 807 | New York | NY | 10006 | |
| Maine Office of the AG | Attn: Legal Department | 6 State House Station | | Augusta | ME | 04333 | |
| Maine Revenue Services | Sales Fuel & Special Tax Division | PO Box 1065 | | Augusta | ME | 04332-1065 | |
| Marsh & McLennan Agency LLC | Attn: Tony Colucci | 1166 Avenue of the Americas | | New York | NY | 10036 | |
| Maryland Comptroller's Office | Sales and Use Tax Division | PO Box 17405 | | Baltimore | MD | 21297-1405 | |
| Massachusetts Department of Revenue | Attn: Legal Department | PO Box 7010 | | Boston | MA | 02204 | |
| MDJGroup | Attn: Michael Stanton | 9644 Linebaugh Avenue | | Tampa | FL | 33626 | |
| Michael Maurizio | | Address Redacted | | | | | |
| Michigan Department of Treasury | Sales Use and Withholding Taxes Div | PO Box 30427 | | Lansing | MI | 48909 | |
| Michigan Office of the AG | Attn: Legal Department | G. Mennen Williams Building | 525 W Ottawa St 7th Floor | Lansing | MI | 48933 | |
| Minnesota Department of Revenue | Sales and Use Tax Division | Mail Station 6330 | | St. Paul | MN | 55146-6330 | |
| Mississippi Department of Revenue | Sales Tax Division | PO Box 960 | | Jackson | MS | 39205 | |
| Missouri Department of Revenue | Sales Tax Division | PO Box 840 | | Jefferson City | MO | 65105-0840 | |
| MJM Tech Limited | Attn: Legal Department | 22 Station Road | | Cambridge | EN | CB1 2JD | United Kingdom |
| Moss Adams | Attn: Larry Shultz | 2040 Main Street | Suite 900 | Irvine | CA | 92614 | |
| My Job Matcher Ltd. | Attn: Legal Department | 22 Station Road | | Cambridge | EN | CB1 2JD | United Kingdom |
| National Partners | Attn: Legal Department | 2655 S Le Jeune Road | Suite 800 | Coral Gables | FL | 33134 | |
| Nebraska Department of Revenue | Attn: Legal Department | PO Box 98923 | | Lincoln | NE | 68509-8923 | |
| Nebraska Office of the AG | Attn: Legal Department | 2115 State Capitol | | Lincoln | NE | 68509 | |
| Nevada Department of Taxation | Attn: Legal Department | 3850 Arrowhead Drive | | Carson City | NV | 89706 | |
| Nevada Office of the AG | Attn: Legal Department | Old Supreme Court Building | 100 N Carson St | Carson City | NV | 89701 | |
| New Jersey Division of Taxation | Sales Tax Section | PO Box 999 | | Trenton | NJ | 08646-0999 | |
| New Jersey Office of the AG | Attn: Legal Department | Richard J. Hughes Justice Complex | 25 Market St 8th Floor West Wing | Trenton | NJ | 08611 | |
| New York Office of the AG | Attn: Legal Department | The Capitol | | Albany | NY | 12224 | |
| Newbury | Attn: Tony.Onorato | C/O Pierson Ferdinand LLP | 1270 Ave of the Americas, 7 Fl-1050 | New York | NY | 10020 | |
| North Carolina Dept of Revenue | Sales Tax Division | PO Box 25000 | | Raleigh | NC | 27640-0640 | |
| North Carolina Office of the AG | Attn: Legal Department | 114 W Edenton St | | Raleigh | NC | 27603 | |
| NY State Dept of Taxation & Finance | Attn: Legal Department | W A Harriman Campus | | Albany | NY | 12227 | |
| Office of the U.S. Trustee | c/o US Department of Justice | Attn: Timothy Fox & Hannah McCollum | 844 King St, Suite 2207 Lockbox 35 | Wilmington | DE | 19801 | |
| Ohio Department of Taxation | Sales & Use Tax Division | PO Box 182215 | | Columbus | OH | 43218-2215 | |
| Ohio Office of the AG | Attn: Legal Department | State Office Tower | 30 E Broad St 14th Floor | Columbus | OH | 43215 | |
| Okta Inc. | Attn: Frank J Vecchio | 100 First Street 6th Floor | | San Francisco | CA | 94105 | |
| Opinio Group | Attn: Legal Department | 22 Station Road | | Cambridge | EN | CB1 2JD | United Kingdom |
| Oracle America Inc. | c/o Buchalter | 425 Market Street Suite 2900 | Attn: Shawn M. Christianson Esq. | San Francisco | CA | 94105-3493 | |
| Oregon Department of Revenue | Attn: Legal Department | 955 Center St NE | | Salem | OR | 97301 | |
| Oregon Office of the AG | Attn: Legal Department | 1162 Court St NE | | Salem | OR | 97301 | |
| Panzer Solutions | Attn: Robert Lerner | 50 Washington Street, 9th Floor | SONO Corp CTR | Norwalk | CT | 06854 | |
| Paul M. Sloyan | | Address Redacted | | | | | |
| Paul M. Sloyan | | Address Redacted | | | | | |
| Paul Sloyan | | Address Redacted | | | | | |
| Pennsylvania Department of Revenue | Bureau of Business Trust Fund Taxes | PO Box 280909 | | Harrisburg | PA | 17128-0909 | |

In re: My Job Matcher, Inc., et al.
Case No. 25-11280 (KBO)

Page 2 of 4



**Exhibit A**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| Pennsylvania Office of the AG | Attn: Legal Department | Strawberry Square | 16th Floor | Harrisburg | PA | 17120 | |
| Performance Plus Solutions | c/o Saunders Kahler | 185 Genesee Street Suite 1400 | Attn: Merritt S. Locke, Esq | Utica | NY | 13501 | |
| Philadelphia Insurance Companies | Attn: Legal Department | One Bala Plaza | Suite 100 | Bala Cynwyd | PA | 19004 | |
| PNC Bank National Association | Attn: TM Legal Liaison Team | 500 First Avenue | Mailstop: P7-PFSC-02-E | Pittsburgh | PA | 15219 | |
| Proposed Counsel for Committee of Unsecured Creditors | c/o Greenberg Traurig  LLP | 1000 Louisiana Street Suite 6700 | Attn: Shari L. Heyen and Emily Nasir | Houston | TX | 77002 | |
| Proposed Counsel for Committee of Unsecured Creditors | c/o Greenberg Traurig  LLP | 222 Delaware Avenue Suite 1600 | Attn: Dennis A. Meloro | Wilmington | DE | 19801 | |
| QBE Insurance Companies | Attn: Legal Department | 55 Water St | | New York | NY | 10041 | |
| Riveron Consulting LLC | Attn: Brett Thames | 2515 McKinney Avenue | Ste 1200 | Dallas | TX | 75201 | |
| Securities & Exchange Commission | Attn: Legal Department | 100 F Street NE | | Washington | DC | 20549 | |
| Securities and Exchange Commission | Attn: Legal Department | 100 Pearl St. | Suite 20-100 | New York | NY | 10004-2616 | |
| Serengeti Asset Management LP | Attn: Legal Department | 632 Broadway | Ste 901 | New York | NY | 10012 | |
| Serengeti Multi-Series Master LLC | Attn: A.J. Martinez | c/o Serengeti Asset Management, LP | 623 Broadway, Suite 901 | New York | NY | 10012 | |
| Social Talent | Attn: Ashley Faier | The Academy, Huckletree | 42 Pearse S | Dublin | | D02 YX88 | Ireland |
| SOJA Ventures | Attn: Ian Hulshof | 747 Third Ave | 11th Floor | New York | NY | 10017 | |
| SOJA Ventures LLC | Attn: David Hulshof | 747 Third Ave | 11th Floor | New York | NY | 10017 | |
| Sompo Insurance - Lloyds | Attn: Legal Department | 1221 Avenue of the Americas | Floor 18 | New York | NY | 10020 | |
| South Carolina Dept of Revenue | Sales Tax Section | PO Box 125 | | Columbia | SC | 29214 | |
| State Of Alabama | Secretary Of State | PO Box 5616 | | Montgomery | AL | 36103-5616 | |
| State Of California | Secretary Of State | 1500 11th St. | | Sacramento | CA | 95814 | |
| State of Delaware | Delaware Secretary of State | 401 Federal Street | Suite 4 | Dover | DE | 19901 | |
| State Of Florida | Secretary Of State | Clifton Building | 2661 Executive Center Circle | Tallahassee | FL | 32301 | |
| State Of Georgia | Secretary Of State | 214 State Capitol | | Atlanta | GA | 30334 | |
| State Of Illinois | Secretary Of State | 213 State Capitol | | Springfield | IL | 62756 | |
| State Of Indiana | Secretary Of State | 201 State Capitol | | Indianapolis | IN | 46204 | |
| State Of Kansas | Secretary Of State | 120 Sw 10th Ave. | | Topeka | KS | 66612 | |
| State Of Kentucky | Secretary Of State | 700 Capitol Ave.  Suite 152 | | Frankfort | KY | 40601 | |
| State Of Louisiana | Secretary Of State | 8585 Archives Ave | | Baton Rouge | LA | 70809 | |
| State Of Maine | Secretary Of State | 148 State House Station | | Augusta | ME | 04333 | |
| State Of Michigan | Secretary Of State | 430 West Allegan St.  4th Fl. | | Lansing | MI | 48918 | |
| State Of Nebraska | Secretary Of State | PO Box 94608-4608 | | Lincoln | NE | 68509-4863 | |
| State Of Nevada | Secretary Of State | 101 N. Carson Street  Suite 3 | | Carson City | NV | 89701 | |
| State Of New Jersey | Secretary Of State | PO Box 300 | | Trenton | NJ | 08625 | |
| State Of New Jersey | Secretary Of State | PO Box 307 | | Trenton | NJ | 08625 | |
| State Of New York | Secretary Of State | 1 Commerce Plaza | 99 Washington Ave.  Ste 1100 | Albany | NY | 12231 | |
| State Of North Carolina | Dept. Of The Secretary Of State | 2 S Salisbury St. | | Raleigh | NC | 27601 | |
| State Of Ohio | Secretary Of State | 22 North 4Th Street  16th Floor | | Columbus | OH | 43215 | |
| State Of Oregon | Secretary Of State | 136 State Capitol | | Salem | OR | 97310-0722 | |
| State Of Oregon | Secretary Of State | 900 Court Street NE | Capitol Rm 136 | Salem | OR | 97310-0722 | |
| State of Pennsylvania | Pennsylvania Secretary of State | 401 North St | Room 206 | Harrisburg | PA | 17120 | |
| State Of Tennessee | Secretary Of State | 312 Rosa L Parks Ave  3Rd Floor | | Nashville | TN | 37243 | |
| State Of Texas | Secretary Of State | 1100 Congress Ave. | | Austin | TX | 78701 | |
| State of Utah | Utah Secretary of State | 160 E. 300 S. 2nd Floor | | Salt Lake City | UT | 84111 | |
| State Of Virginia | Secretary Of State | PO Box 2454 | | Richmond | VA | 23218 | |
| State Of Wyoming | Secretary Of State | Herschler Bldg East | 122 West 25th St.  Suite 100 | Cheyenne | WY | 82002 | |
| Sysgen RPO Inc. | Attn: Matias Garcia | 178 Salcedo Street | 8th Floor Legaspi Suites | Legaspi Village | MC | | Philippines |
| Team.AI Corp. | c/o Corporation Service Company | 251 Little Falls Drive | | Wilmington | DE | 19808 | |
| Telos Legal Corp. | Attn: Legal Department | 13 West Main Street | PO Box 953 | Felton | DE | 19943 | |
| Tennessee Department of Revenue | Sales and Use Tax Division | 500 Deaderick Street | | Nashville | TN | 37242 | |
| Tennessee Office of the AG | Attn: Legal Department | 301 6th Ave N | | Nashville | TN | 37243 | |
| Texas Office of the AG | Attn: Legal Department | 300 W 15th St | | Austin | TX | 78701 | |
| The PNC Financial Services Group | Attn: Legal Department | 300 Fifth Avenue | The Tower at PNC Plaza | Pittsburgh | PA | 15222 | |
| TX Comptroller of Public Accounts | Sales Tax Division | PO Box 149354 | | Austin | TX | 78714-9354 | |
| U.S. Bank National Association | Attn: Kevin N. Summers | 100 W. Big Beaver Road | Suite 650 | Troy | MI | 48084 | |
| U.S. Department of Justice | Attn: Legal Department | 950 Pennsylvania Ave NW | | Washington | DC | 20530 | |
| U.S. Small Business Administration | Attn: Legal Department | 2 North Street | Suite 320 | Birmingham | AL | 35203 | |
| US Attorney of District of Delaware | Attn: Legal Department | 1313 N Market Street | PO Box 2046 | Wilmington | DE | 19801 | |
| US Capital Global Partners LLC | Attn: Legal Department | 555 Montgomery Street | Suite 1501 | San Francisco | CA | 94111 | |
| Utah Office of the AG | Attn: Legal Department | Utah State Capitol Complex | 350 N State St Suite 230 | Salt Lake City | UT | 84114 | |
| Utah State Tax Commission | Sales Tax Division | 210 N 1950 W | | Salt Lake City | UT | 84134 | |
| Vcorp Services LLC | Attn: Legal Department | 25 Robert Pitt Drive | Suite 204 | Monsey | NY | 10952 | |
| Virginia Department of Taxation | Attn: Legal Department | PO Box 1115 | | Richmond | VA | 23218-1115 | |

In re: My Job Matcher, Inc., et al.
Case No. 25-11280 (KBO)



**Exhibit A**
Served via Overnight Mail

| Name | Attention | Address 1 | Address 2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| Virginia Office of the AG | Attn: Legal Department | 202 N Ninth St | | Richmond | VA | 23219 | |
| Washington State Dept of Revenue | Taxpayer Services Division | PO Box 47476 | | Olympia | WA | 98504-7476 | |
| West Virginia State Tax Department | Sales and Use Tax Division | PO Box 1826 | | Charleston | WV | 25327-1826 | |
| Wilson Sonsini Goodrich & Rosati | Attn: Marsha Sukach | 1301 Avenue of the Americas | 40th Floor | New York | NY | 10019-6022 | |
| Wisconsin Department of Revenue | Sales and Use Tax Division | PO Box 8949 | | Madison | WI | 53708-8949 | |
| Wolters Kluwe | Attn: Harish Kudshetty | 820 Bear Tevern Rd | | West Trenton | NJ | 08628 | |
| Workday | Attn: Jameel Ziadeh | 6110 Stoneridge Mall Road | | Pleasanton | CA | 94588 | |
| Wyoming Department of Revenue | Sales Tax Division | 122 W 25th St | | Cheyenne | WY | 82002 | |
| Wyoming Office of the AG | Attn: Legal Department | Kendrick Building | 2320 Capitol Ave | Cheyenne | WY | 82002 | |
| ZoomInfo | Attn: Joseph Cannon | 805 Broadway | Suite 900 | Vancouver | WA | 98660 | |

In re: My Job Matcher, Inc., et al.
Case No. 25-11280 (KBO)

Page 4 of 4

Document Ref: 2YUGW-CFOEP-HHWMK-AUQYJ

Page 6 of 10

# Exhibit B



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| A&O Shearman | Attn: Sara Coelho & Joseph Badtke-Berkow | | sara.coelho@aoshearman.com<br>joseph.badtke-berkow@aoshearman.com |
| AHS Staffing | Attn: Zachary Tobolowsky | | zachary.tobolowsky@gtlaw.com |
| AHS Staffing, LLC | Attn: Melissa Goyer | | mgoyer@ahsstaffing.com |
| Ankura Trust Company, LLC | Attn: Beth Micena and/or Krista Gulalo | | beth.micena@ankura.com<br>krista.gulalo@ankura.com |
| Bell & Associates Ltd | Attn: Graeme Bell | | graeme@bellandassociates.co.uk |
| Breakout Factoring Security Agreement | Attn: McLean Wilson and Douglas J. Lanzon | | mwilson@breakoutfinance.com<br>dlanzo@breakoutfinance.com |
| Bullhorn Inc | Attn: Ustav Saini | | usaini@ghr-global.com |
| Caldwell Intellectual Property Law | Attn: Ashleigh Bell | | abell@gardnerrosenberg.com |
| California Office of the Attorney General | | | bankruptcy@coag.gov |
| Cary Levine | | | Address Redacted |
| Chipman Brown Cicero & Cole, LLP | Attn: William E. Chipman Jr., Esq. | | chipman@chipmanbrown.com |
| Chubb Group of Insurance Companies | Attn: Joseph Franzese | | chubbuscustomerservices@chubb.com |
| Clear Thought Solutions LLC | | | hr@clearthoughtsolutions.com |
| Coalition | Attn: Coalition Claims | | claims@thecoalition.com |
| Coalition | Attn: William Cilente | | claims@thecoalition.com |
| Commercial Investigations | Attn: Elliot Hallak | | ehallak@harrisbeachmurtha.com |
| Commercial Investigations LLC | c/o Harris Beach PLLC | Attn: Elliot A. Hallack and Deana J. DiBenedetto | ehallak@harrisbeach.com<br>ddibenedetto@harrisbeach.com |
| Core Cloud LLC | Attn: Mani Chodisetty & Sai Lakshmi Brugumalla | | hr@corecloudgroup.com |
| Corporation Service Company | | | uccsprep@cscinfo.com |
| Counsel to Venture Debt, LLC and SOJA Ventures, LLC | c/o  Bayard  P.A. | Attn: GianClaudio Finizio  & Steven D. Adler | gfinizio@bayardlaw.com<br>sadler@bayardlaw.com |
| Counsel to Venture Debt, LLC and SOJA Ventures, LLC | c/o  Varnum LLP | Attn: Brendan G. Best | bgbest@varnumlaw.com |
| Counsel to Venture Debt, LLC and SOJA Ventures, LLC | c/o  Varnum LLP | Attn: Trent W. Huskey | twhuskey@varnumlaw.com |
| Crosslake Technologies, LLC | Attn: Matthew Lehigh, CFO | | ar@crosslaketech.com |
| CSC Gloal/Wilmington | Attn: Linda Snook | | snook@cscglobal.com |
| Daddy Recruiter, LLP | Attn: Nab Das | | nabajit.das@job.com |
| Delaware Department of Justice | | | attorney.general@state.de.us |
| Dellenbach Venture Counsel Ltd. | Attn: Zachary Dark | | zdark@dellenbace.net |
| EAN Services, LLC | Attn: Jean Eichacker | | arinquiry@em.com |
| Economic Modeling, LLC dba Lightcast | Attn: Jennie Bass | | jennie@barnettgarcia.com |
| Endurance American Specialty Insurance Company | | | insuranceclaims@sompo-intl.com |
| First Corporate Solutions | | | sprs@ficoso.com |
| Geoffrey T. Raicht, Esquire | c/o Geoffrey T. Raicht, PC | | graicht@raichtlawpc.com |
| Geoffrey T. Raicht, PC | | | graicht@raichtlawpc.com |
| Gravitas Tech LLC | Attn: Michael Greer & Shyam R | | info@gravitastek.com<br>rshyam@gravitastek.com |
| GT Partners Private Credit Finance LLC/GT Monterey Cypress Finance LLC | Attn: Scott Warner | | swarner@gt-gp.com |
| GT Partners Private Credit Finance LLC; GT Monterey Cypress Finance LLC; Serengeti Multi-Series Master LLC-Series ARR; and Ankura Trust Company, LLC | c/o Allen Overy Sharman Sterling US LLP | Attn: Joseph Badtke-Berkow | joseph.badtke-berkow@asshearman.com |

In re: My Job Matcher, Inc., et al.
Case No. 25-11280 (KBO)

Page 1 of 3

Document Ref: 2YUGW-CFOEP-HHWMK-AUQYJ

Page 8 of 10



## Exhibit B
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| GT Partners Private Credit Finance LLC; GT Monterey Cypress Finance LLC; Serengeti Multi-Series Master LLC-Series ARR; and Ankura Trust Company, LLC | c/o Geoffrey T. Raicht PC | Attn: Geoffrey T. Raicht | graicht@raichtlawpc.com |
| GT Partners Private Credit Finance LLC; GT Monterey | c/o Chipman Brown Cicero & Cole, LLP | Attn: William E. Chipman, Jr; Mark D. | chipman@chipmanbrown.com |
| Harbinger Systems Private Limited | c/o McGinnis Lochridge, LLP | Attn: Austin L. Jones & Jeena Piriano | jpiriano@mcginnislaw.com<br>ajones@mcginnislaw.com |
| Indeed, Inc. | Attn: Ron Means | | rmeans@indeed.com |
| Job.com-Team.AI, Inc. | c/o Vcorp Agent Services, Inc. | | paul.sloyan@mjmtech.ai |
| Lily Grace Investments PTY Ltd | c/o K&L Gates LLP | Attn: A. Lee Hogewood III, Esq. | lee.hogewood@klgates.com |
| Lily Grace Investments PTY Ltd | c/o K&L Gates LLP | Attn: Matthew B. Goeller, Esq. | matthew.goeller@klgates.com |
| LinkedIn | Attn: Rodolfo Gaba | | updates@garab.law |
| Lucosky Brookman LLP | Attn: Joseph Lucosky | | jlucosky@lucbro.com |
| Marsh & McLennan Agency LLC | Attn: Tony Colucci | | tony.colucci@marshmma.com |
| MDJ Group | Attn: Michael Stanton | | mstanton@sclawyergroup.com |
| Michael Maurizio | | | Address Redacted |
| Michigan Office of the Attorney General | | | miag@michigan.gov |
| MJM Tech Limited | | | paul.sloyan@mjmtech.ai |
| Morris James, LLP | Attn: Jeffrey Waxman, Samantha Rodriguez, Christopher Donnelly, Carl Kunz III & Stephanie Lisko | | jwaxman@morrisjames.com<br>srodriguez@morrisjames.com<br>cdonnelly@morrisjames.com<br>ckunz@morrisjames.com<br>slisko@morrisjames.com |
| Moss Adams | Attn: Larry Shultz | | larry.schultz@mossadams.com |
| My Job Matcher Ltd. | | | paul.sloyan@mjmtech.ai |
| Nebraska Office of the Attorney General | | | ago.info.help@nebraska.gov |
| Newbury | Attn: Tony Onorato | C/O Pierson Ferdinand LLP | tony.onorato@pierferd.com |
| Office of the U.S. Trustee | c/o United States Department of Justice | Attn: Timothy J. Fox & Hannah J McCollum | timothy.fox@usdoj.gov<br>ustpregion03.wl.ecf@usdoj.gov<br>hannah.mccollum@usdoj.gov |
| Office of the United States Attorney for the District of Delaware | | | usade.ecfbankruptcy@usdoj.gov |
| Okta, Inc. | Attn: Frank J Vecchio | | fvecchio@commercialcollection.com |
| Opinio Group | | | paul.sloyan@mjmtech.ai |
| Oracle America, Inc. | c/o Buchalter | Attn: Shawn M. Christianson, Esq. | schristianson@buchalter.com |
| Panzer Solutions | Attn: Robert Lerner | | robert.lerner@sprechmanlaw.com |
| Paul M. Sloyan | | | Address Redacted |
| Performance Plus Solutions | c/o Saunders Kahler, LLP | Attn: Merritt S. Locke, Esq | mlocke@saunderskahler.com |
| Philadelphia Insurance Companies | | | service@phly.com |
| PNC Financial Services Group | Attn: Megan Varoutas | | megan.varoutas@pnc.com |
| Proposed Counsel for Committee of Unsecured Creditors | c/o Greenberg Traurig, LLP | Attn: Dennis A. Meloro | dennis.meloro@gtlaw.com |
| Proposed Counsel for Committee of Unsecured Creditors | c/o Greenberg Traurig, LLP | Attn: Shari L. Heyen & Emily Nasir | shari.heyen@gtlaw.com<br>emily.nasir@gtlaw.com |
| Riveron Consulting, LLC | Attn: Brett Thames | | brett.thames@riveron.com |
| Serengeti Multi-Series Master LLC-Series ARR | Attn: A.J. Martinez | c/o Serengeti Asset Management, LP | amartinez@serengeti-am.com |
| Social Talent | Attn: Ashley Faier | | afaier@loarg.com |
| SOJA Ventures | Attn: David Hulshof | | dhulshof@sojaventures.com |
| SOJA Ventures | Attn: Ian Hulshof | | ihulshof@sojaventures.com |

In re: My Job Matcher, Inc., et al.
Case No. 25-11280 (KBO)



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| State Of Alabama | Secretary Of State | | john.merrill@sos.alabama.gov |
| State Of Florida | Secretary Of State | | secretaryofstate@dos.myflorida.com |
| State Of Georgia | Secretary Of State | | soscontact@sos.ga.gov |
| State Of Kansas | Secretary Of State | | kssos@ks.gov |
| State Of Maine | Secretary Of State | | sos.office@maine.gov |
| State Of Nevada | Secretary Of State | | sosmail@sos.nv.gov |
| State Of New Jersey | Secretary Of State | | feedback@sos.nj.gov |
| State Of Oregon | Secretary Of State | | oregon.sos@oregon.gov |
| State Of Tennessee | Secretary Of State | | tnsos.ats@tn.gov |
| State Of Wyoming | Secretary Of State | | business@wyo.gov |
| Sysgen RPO Inc. | Attn: Matias Garcia | | matt@barnettgarcia.com |
| U.S. Bank National Association dba U.S. Bank Equipment Finance | Attn: Kevin N. Summers | | ksummers@dflaw.com |
| US Trustee's Office Trial Attorney | Attn: Hannah J. McCollum | | hannah.mccollum@usdoj.gov |
| Utah Office of the Attorney General | | | uag@utah.gov |
| Wilson Sonsini Goodrich & Rosati | Attn: Marsha Sukach | | msukach@wsgr.com |
| Wolters Kluwe | Attn: Harish Kudshetty | | ucconlinefilingteam@wolterskluwer.com |
| Workday | Attn: Jameel Ziadeh | | jameel.ziadeh@workday.com |
| ZoomInfo | Attn: Joseph Cannon | | jcannon@levitonlawfirm.com |

In re: My Job Matcher, Inc., et al.
Case No. 25-11280 (KBO)

Page 3 of 3

Document Ref: 2YUGW-CFOEP-HHWMK-AUQYJ

Page 10 of 10